Kristin K. Mayes
Attorney General

Julie M. Rhodes (016313)
Michael R. Niederbaumer (031931)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612 – JR
Telephone: (602) 542-8346 – MN
Fax: (602) 542-3393
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Michael.Niederbaumer@azag.gov

*Attorneys for State Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, an individual; Jiaro Abrego Zavaleta, an individual; L.J, a minor, through his parent and guardian, Bianca Jimenez-Bencebi; K.J., a minor, through his parent and guardian, Bianca Jimenez-Bencebi; K.A.J, a minor, through her parent and guardian Bianca Jimenez-Bencebi; and J.A.J., a minor, through his parent and guardian Bianca Jimenez-Bencebi,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a government entity; Carin Patchin, individually and as an employee with the State of Arizona Department of Child Safety; Tracy Del Fiacco, individually and as an employee with the State of Arizona Department of Child Safety; Amanda Davisson, individually and an employee with the State of Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; and Gregory McKay, as Former Director, Arizona Department of Child Safety,<br><br>Defendants. | Case No:<br><br>**NOTICE OF REMOVAL FROM STATE COURT UNDER 28 U.S.C. §§ 1441 and 1446** |

1  Defendants State of Arizona, Carin Patchin, Tracy[1] Del Fiacco, Amanda
2  Davisson, Michael Faust and Gregory McKay, collectively ("State Defendants")
3  pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446, hereby give notice of removal of
4  the state court action entitled ***Bianca Jimenez-Bencebi, et al. v. State of Arizona, et al***.
5  currently pending in the Superior Court of the State of Arizona, Maricopa County, Case
6  No. CV2023-007002, to the United States District Court for the District of Arizona, and
7  in support of removal states the following:

8  1. Former Department of Child Safety ("DCS") Case Specialist Amanda
9  Davisson, former DCS Director Gregory McKay, and the State of Arizona were served
10  with personal service on September 5, 2023.

11  2. Former DCS Director Michael Faust was served with personal service on
12  September 8, 2023.

13  3. An Acceptance and Waiver of Service was executed on behalf of the
14  former Case Specialists Carin Patchin and Tracy Del Fiacco October 3, 2023.

15  4. The Office of the Arizona Attorney General represents State Defendants.

16  5. All properly-served Defendants consent to this removal under 28 U.S.C. §
17  1446 (b)(2)(a).

18  6. Pursuant to LR Civ 3.6, the following documents are attached as Exhibit
19  A, a complete copy of filings made in Superior Court:

20      a. Verification
21      b. Court Docket
22      c. Case Documents/Pleadings

23  7. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)
24  because it is within 30 days after receipt of a pleading, motion, order, or other paper
25  from which it may be ascertained that the case is one which is or has become removable,
26  and within one year after commencement of the action and within 30 days of the last
27  waiver of service filed in this action.

28

8. Under 28 U.S.C. § 1446(a), this action is removable to this Court because 28 U.S.C. § 1331 provides this Court with original jurisdiction over Plaintiffs' claims arising under the Constitution or laws of the United States.

9. A copy of this notice is being filed with the Clerk of the Superior Court of Maricopa County pursuant to LR Civ 3.6

DATED this 3rd day of October, 2023.

Kristin K Mayes
Attorney General

*/s/ Julie M. Rhodes*
Julie M. Rhodes
Michael R. Niederbaumer
Assistant Attorneys General
*Attorneys for State Defendants*

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 2nd day of October, 2023:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

*/s/ B. Rojo*
LMS22-0354 | G202221043-1 | #11560989