UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff**(s): | Bianca Jimenez-Bencebi , ; Jiaro Abrego Zavaleta , ; L.J. , A minor through his parent and guardian Bianca Jimenez-Bencebi; K.J. , a minor, through her parent and guardian Bianca Jimenez-Bencebi; K.A.J. , a minor, through her parent and guardian Bianca Jimenez-Bencebi; J.A.J , a minor, through his parent and guardian; | **Defendant**(s): | State of Arizona , ; Carin Patchin , ; Tracy Del Fiacco , ; Amanda Davisson , ; Michael Faust , ; Gregory McKay , ; |
| County of Residence: Maricopa | | County of Residence: Maricopa | |

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Thomas A. Connelly ,**
Mills + Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
480-999-4556

**Robert T. Mills ,**
Mills + Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ
480-999-4556

**Sean A. Woods ,**
Mills + Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
480-999-4556

**DeeAn Gillespie Strub ,**
Gillespie, Shields, Goldfarb, & Taylor
7319 North 16th Street
Phoenix, AZ  85020
602-870-9700

Defendant's Atty(s):

**Julie M. Rhodes , Assistant Attorney General**
Arizona Attorney General's Office
2005 N. Central Ave
Phoenix, AZ  85007
602-542-7612

**Michael R. Niederbaumer ,**
Arizona Attorney General's Office
2005 N. Central Ave
Phoenix, AZ  85007
602-542-8346

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CV2023-007002**

II. Basis of Jurisdiction:     1. U.S. Government Plaintiff

III. Citizenship of Principal Parties (Diversity Cases Only)

Plaintiff:-     N/A

Defendant:-     N/A

IV. Origin :     2. Removed From State Court

V. Nature of Suit:     440 Other Civil Rights

VI. Cause of Action:     Civil Rights Act of 1871, 42 U.S.C. § 1983.

VII. Requested in Complaint

Class Action:     No

Dollar Demand:

Jury Demand:     No

VIII. This case **IS RELATED** to Case Number **CV2023-007002** assigned to Judge **Hon. Brad Astrowsky.**

Signature: Julie M. Rhodes

Date: 10/03/2023

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014