Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BIANCA JIMENEZ-BENCEBI, *et al* | Case No.: CV-23-2075-PHX-DWL |
| Plaintiffs, | **NOTICE OF ASSOCIATION OF COUNSEL WITHIN FIRM** |
| v. | |
| STATE OF ARIZONA, *et al* | |
| Defendants. | |

NOTICE is hereby giving that Jenny D. Jansch, email jjansch@gillaw.com of the law firm of Gillespie, Shields and Taylor, associates in as additional counsel of record on behalf of the Plaintiffs. Plaintiffs continue to be represented by DeeAn Gillespie Strub of the Firm, and Thomas Connelly of Mills + Woods Law PLLC.

**RESPECTFULLY SUBMITTED** this 24th day of October 2023.

**MILLS + WOODS LAW PLLC**

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**

By      /s/ Jenny D. Jansch

DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

  /s/ Karianne Feltes

2