Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BIANCA JIMENEZ-BENCEBI, *et al* <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF ARIZONA, *et al* <br><br> Defendants. | Case No.: CV-23-2075-PHX-DWL <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO STATE DEFENDANTS' MOTION TO DISMISS** |

The parties, by and through their respective undersigned counsel, submit this *Stipulation to Extend the Deadline for Plaintiffs to file their Response to State Defendants' Motion to Dismiss* (Doc. 6). Due to scheduling conflicts and the number of issues raised in State Defendants' Motion to Dismiss, Plaintiffs need additional time to prepare their

Response. The parties have conferred and agreed to extend the deadline for Plaintiffs to file their Response to State Defendants' Motion to Dismiss to 9 November 2023.

**RESPECTFULLY SUBMITTED** this <u>24th</u> day of October 2023.

    **MILLS + WOODS LAW PLLC**

    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014

    **GILLESPIE, SHIELDS & TAYLOR**

By  */s/ Jenny D. Jansch*

    DeeAn Gillespie Strub
    Jenny D. Jansch
    7319 North 16th Street
    Phoenix, AZ 85020

    *Attorneys for Plaintiffs*

    **KRISTIN K. MAYES**
    **ATTORNEY GENERAL**

By */s/ Julie M. Rhodes*

    Julie M. Rhodes
    Michael R. Niederbaumer
    Assistant Attorney General
    2005 North Central Avenue
    Phoenix, Arizona  85007-2926

    *Attorneys for State Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Jenny D. Jansch