Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BIANCA JIMENEZ-BENCEBI, *et al* <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF ARIZONA, *et al* <br><br> Defendants. | Case No.: CV-23-2075-PHX-DWL <br><br> **ORDER** <br><br> (Hon. Dominic W. Lanza) |

This matter coming before the Court on the parties' *Stipulation to Extend the Deadline for Plaintiffs to file their Response to State Defendants' Motion to Dismiss,* and good cause appearing therefore,

**IT IS HEREBY ORDERED** extending the deadline to for Plaintiffs to file their Response to State Defendants' Motion to Dismiss to 9 November 2023.

Dated this ___ day of October, 2023.

_____
Honorable Dominic W. Lanza
United States District Judge