# EXHIBIT 1

Clerk of the Superior Court
*** Electronically Filed ***
6/8/2023 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                5/25/2023

                                              CLERK OF THE COURT
HONORABLE PAMELA GATES                              S. Barajas
                                                     Deputy

IN THE MATTER OF:

K████████   J██████                    ERIN STEFFIN BEVINS
 F1142060
 DOB: ██ 2016
K███  A██████-J████
 F1151788
 DOB: ██ 2019
J██████ A███    J█████
 F1165585
 DOB: ██ 2020

                                       KEILA ELIZABETH MOLINA

                                       DEEAN  GILLESPIE STRUB

                                       STEPHANIE  PRECIADO

                                       FOSTER CARE REVIEW BOARD -
                                       RELIEVED
                                       JUVENILE OFFICE OF PUBLIC
                                       DEFENSE SERVICES
                                       LEGAL ADVOCATE-JUVENILE
                                       JUDGE GATES


**REPORT AND REVIEW HEARING**
**DEPENDENCY PETITION DISMISSED**


8:58 a.m.  This matter is digitally recorded in Courtroom 301.

This is the time set for Report and Review Hearing.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                                      5/25/2023


Present telephonically/virtually: Assistant Attorney General Keila Molina, counsel for the Department; DCS Child Safety Specialist Amanda Berrios; Deputy Legal Advocate Erin Bevins, counsel for the children; DeeAn Gillespie Strub, counsel for the mother; Stephanie Preciado, counsel for the father; Spanish Court Interpreter Ricardo Parra assisting the mother, Bianca Jimenez and the father, Johnathan Gonzalez; and the previous placement.

All attendees of the hearing are admonished by the Court from disclosing any personally identifiable information mentioned in the proceedings and that doing so shall be deemed in contempt of court.

The Court has read and considered the DCS child safety specialist's report dated 5/18/2023.

The Court summarizes the report.

Counsel for the Department moves to dismiss the matter as to the children listed above. The Department has no safety concerns.

Counsel for the children has no position on dismissing the matter but has concerns because the children are in the home.

Counsel for the father does not object to a dismissal.

Counsel for the mother does not object to a dismissal.

The DCS Child Safety Specialist has spoken and worked closely with the mother and has no safety concerns.

The previous placement requests that the Court let him speak.

Counsel for the father objects to the previous placement speaking.

The previous placement advises the Court that he is available for anything the parents may need.

Discussion is held.

Based on the matters presented,

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                                 5/25/2023


IT IS ORDERED dismissing the dependency action, releasing the children from the wardship of the Court, and relieving the Department of Child Safety of further responsibility for the children.

IT IS ORDERED relieving the Foster Care Review Board and all court-appointed attorneys and guardians ad litem of further responsibility in this case.

9:15 a.m.  Court adjourns.

Pursuant to Arizona Revised Statutes § 8-543, notice is hereby given that there is a Sibling Information Exchange Program to facilitate contact between a former dependent child and his or her sibling(s).  More information on the Program can be obtained by contacting the Arizona Supreme Court at www.azcourts.gov/cld/Confidential-Intermediary-Program.

The Arizona Constitution requires the Arizona Commission on Judicial Performance Review to conduct performance evaluations of superior court judges. The Commission is asking for your help to evaluate Maricopa County Superior Court judges currently undergoing performance review. After your hearing, if the judge you are in front of is undergoing review, a survey will be emailed to you and you can take the survey online. The survey is conducted by the Docking Institute of Public Affairs at Fort Hays State University and is anonymous and confidential. Your participation in the review process is important! More information on Judicial Performance Review can be found at www.azjudges.info.

La Constitución de Arizona exige que la Comisión de la Evaluación del Desempeño Judicial realice evaluaciones de desempeño de los jueces de los tribunales superiores. La comisión pide su ayuda para evaluar a los jueces del Tribunal Superior del Condado de Maricopa a quienes actualmente se les está evaluando su desempeño. Después de su audiencia, si el juez ante el cual comparece está sometido a una evaluación se le enviará por correo electrónico una encuesta que usted podrá tomar por Internet. La encuesta es realizada por el Docking Institute of Public Affairs de la Fort Hays State University y se mantiene anónima y confidencial. ¡Su participación en el proceso de la evaluación es importante! Para obtener más información sobre la evaluación del desempeño judicial, diríjase a www.azjudges.info.


  6/7/2023_____                       /s/ HONORABLE PAMELA SUE GATES
DATE                                  HONORABLE PAMELA SUE GATES