Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> State of Arizona, *et al.*, <br><br> Defendants. | Case No.: 2:23-cv-02075-DWL <br><br> **MOTION FOR LEAVE TO EXCEED LRCiv 7.2(e) PAGE LIMIT** <br><br> (Hon. Dominic W. Lanza) |

Pursuant to LRCiv 7.2(e), Plaintiffs, through counsel undersigned, hereby request that the Court enlarge the page limit for *Plaintiffs' Response in Opposition to State Defendants Motion to Dismiss* (Doc. 6). State Defendants' Motion to Dismiss is 22 pages of substantive text. Pursuant to LRCiv 7.2(e)(1), a response and its supporting memorandum may not exceed 17 pages unless otherwise permitted by the Court. Considering the scope and length of State Defendants' Motion and factual and legal

arguments set forth, Plaintiffs request that the Court grant an enlargement of the page limit up to and including 22 pages, of which approximately 21 pages is substantive text. The enlargement is necessary for Plaintiffs to respond to the factual and legal arguments made in State Defendants' Motion to Dismiss.

Pursuant to Paragraph 13.c of the Preliminary Order (Doc. 10), the parties previously consulted and State Defendants have no objection to an enlargement of the page limits for Plaintiffs' Response in Opposition to State Defendants' Motion to Dismiss.

**RESPECTFULLY SUBMITTED** this 9rh day of November 2023.

**MILLS + WOODS LAW PLLC**

By   */s/ Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

  */s/ Thomas A. Connelly*