Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bianca Jimenez-Bencebi, *et al.*, | Case No.: 2:23-cv-02075-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| State of Arizona, *et al.*, | (Hon. Dominic W. Lanza) |
| Defendants. | |

This matter coming before the Court on Plaintiffs' Motion for Leave to Exceed LRCiv 7.2(e) Page Limit for Plaintiffs' Response in Opposition to State Defendants' Motion to Dismiss (Doc. 6), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to Exceed LRCiv 7.2(e) Page Limit is granted.