Kristin K. Mayes
Attorney General

Julie M. Rhodes (016313)
Michael R. Niederbaumer (031931)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612 – JR
Telephone: (602) 542-8346 – MN
Fax: (602) 542-3393
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Michael.Niederbaumer@azag.gov

*Attorneys for State Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, an individual; Jiaro Abrego Zavaleta, an individual; L.J, a minor, through his parent and guardian, Bianca Jimenez-Bencebi; K.J., a minor, through his parent and guardian, Bianca Jimenez-Bencebi; K.A.J, a minor, through her parent and guardian Bianca Jimenez-Bencebi; and J.A.J., a minor, through his parent and guardian Bianca Jimenez-Bencebi,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a government entity; Carin Patchin, individually and as an employee with the State of Arizona Department of Child Safety; Tracey Del Fiacco, individually and as an employee with the State of Arizona Department of Child Safety; Amanda Davisson, individually and an employee with the State of Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; and Gregory McKay, as Former Director, Arizona Department of Child Safety,<br><br>Defendants. | Case No: 2:23-cv-02075-DWL<br><br>**STIPULATION TO ENLARGE PAGE LIMIT AND EXTEND DEADLINE FOR STATE DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DIMISS** |

1.  Pursuant to LRCiv 7.2(e), the parties, through counsel undersigned, hereby stipulate and request that the Court enlarge the page limit for State Defendants' Reply in Support of Motion to Dismiss. Plaintiff's Response to State Defendants' Motion to Dismiss is 22 pages of substantive text. (Doc. 11.) Pursuant to LRCiv 7.2(e)(2), a reply and its supporting memorandum may not exceed 11 pages unless otherwise permitted by the Court. Considering the scope and length of Plaintiff's Response to State Defendants' Motion and factual and legal arguments set forth, the parties have stipulated to an enlargement of the page limit for State Defendants' Reply in Support of Motion to Dismiss. The parties request that the Court grant an enlargement of the page limit up to and including 19 pages, of which approximately 18 pages is substantive text. The enlargement is necessary for State Defendants to respond to the factual and legal arguments made in Plaintiff's Response to State Defendants' Motion to Dismiss. Pursuant to the Court's Preliminary Order (Doc. 10 at 3-4), the parties have consulted and stipulated to an enlargement of the page limits for Plaintiffs' Response in Opposition to State Defendants' Motion to Dismiss.

    Further, the parties, through counsel undersigned, hereby stipulate and request that the Court extend the deadline for State Defendants to file their Reply in Support of Motion to Dismiss. Currently, the deadline for State Defendants to file their reply is Thursday, November, 16, 2023. The parties have stipulated and request that the Court extend the deadline for State Defendants to file their reply until Tuesday, November 21, 2023.

    RESPECTFULLY SUBMITTED this 15th day of November, 2023.

| /s/*Jenny D. Jansch (w/permission)* | /s/*Julie M. Rhodes* |
|---|---|
| **GILLESPIE, SHIELDS & TAYLOR** | **KRISTIN K. MAYES** |
| DeeAn Gillespie Strub | **ATTORNEY GENERAL** |
| Jenny D. Jansch | Julie M. Rhodes |
|  | Michael R. Niederbaumer |
| **MILLS + WOODS LAW PLLC** | Assistant Attorneys General |
| Thomas A. Connelly | *Attorneys for State Defendants* |
| Robert T. Mills |  |
| Sean A. Woods |  |
| *Attorneys for Plaintiffs* |  |

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of the foregoing mailed to the following:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

*/s/slf*
11683827