**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Bianca Jimenez-Bencebi, et al., | Case No: 2:23-cv-02075-DWL |
|---|---|
| Plaintiffs, | |
| vs. | **ORDER** |
| State of Arizona, et al., | |
| Defendants. | |

This matter coming before the Court on the parties Stipulation to Enlarge Page Limit and Extend Deadline for State Defendants to File Reply in Suport of Motion to Dismiss (Doc. 6), and good cause appearing therefore,

IT IS HEREBY ORDERED that the parties request to enlarge the page limit of State Defendants Reply in Support of Motion to Dismiss up to and including 19 pages is granted;

IT IS FURTHER ORDERED that the parties request to extend the deadline for State Defendants to file their Reply in Support of Motion to Dismiss until November 21, 2023, is granted.