Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BIANCA JIMENEZ-BENCEBI, *et al* <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF ARIZONA, *et al* <br><br> Defendants. | Case No.: CV-23-2075-PHX-DWL <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE SECOND AMENDED COMPLAINT** <br><br> (Hon. Dominic W. Lanza) |

The parties, by and through their respective undersigned counsel, hereby submit this Stipulation to Extend Deadline for Plaintiffs to file Second Amended Complaint. The parties affirm that this request is made in good faith and not for purposes of delay.

The current deadline for Plaintiffs to file Second Amended Complaint is July 1, 2024 (Doc. 17). The parties have conferred and agreed to seek an extension for Plaintiffs to file their Second Amended Complaint until July 19, 2024.

**RESPECTFULLY SUBMITTED** this 25th day of June 2024.

**MILLS + WOODS LAW PLLC**

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**

By  */s/ Jenny D. Jansch*
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By */s/ Julie M. Rhodes*

Julie M. Rhodes
Michael R. Niederbaumer
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona  85007-2926

*Attorneys for State Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Jenny D. Jansch