**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| BIANCA JIMENEZ-BENCEBI, *et al* <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF ARIZONA, *et al* <br><br> Defendants. | Case No.: CV-23-2075-PHX-DWL <br><br> **ORDER** <br><br> (Hon. Dominic W. Lanza) |

Pursuant to the parties' stipulation and for good cause shown, the current deadline for Plaintiffs to file Second Amended Complaint of July 1, 2024, is extended to July 19, 2024.

Dated this ___ day of June, 2024.

_____
Honorable Dominic W. Lanza
United States District Judge