Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, *et al* | Case No.: 23-cv-02075-PHX-DWL |
| Plaintiffs, | **NOTICE OF FILING SECOND AMENDED COMPLAINT** |
| v. | |
| State of Arizona, *et al* | (Hon. Dominic W. Lanza) |
| Defendants. | |

Plaintiffs, by and through their counsel, hereby give notice that pursuant to the Court's Order dated 10 June 2024 (Doc. 17), they have filed a Second Amended Complaint (Doc. __) in this matter. A redlined version of the Second Amended Complaint showing all the changes to the First Amended Complaint is attached hereto as **Exhibit 1**. A clean version of the Second Amended Complaint is attached hereto as **Exhibit 2**.

///

**RESPECTFULLY SUBMITTED** this 19th day of July 2024.

**MILLS + WOODS LAW PLLC**

By      */s/ Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**

DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

  */s/ Thomas A. Connelly*