Julie M. Rhodes (016313)
Michael R. Niederbaumer (031931)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612 – JR
Telephone: (602) 542-8346 – MN
Fax: (602) 542-3393
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Michael.Niederbaumer@azag.gov

*Attorneys for State Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bianca Jimenez-Bencebi, an individual; Jiaro Abrego Zavaleta, an individual; L.J, a minor, through his parent and guardian, Bianca Jimenez-Bencebi; K.J., a minor, through his parent and guardian, Bianca Jimenez-Bencebi; K.A.J, a minor, through her parent and guardian Bianca Jimenez-Bencebi; and J.A.J., a minor, through his parent and guardian Bianca Jimenez-Bencebi,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a government entity; Carin Patchin, individually and as an employee with the State of Arizona Department of Child Safety; Tracey Del Fiacco, individually and as an employee with the State of Arizona Department of Child Safety; Amanda Davisson, individually and an employee with the State of Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; and Gregory McKay, as Former Director, Arizona Department of Child Safety,<br><br>Defendants. | Case No: 2:23-cv-02075-DWL<br><br>**UNOPPOSED<br>STATE DEFENDANTS' MOTION<br>TO EXCEED PAGE LIMIT** |

Defendants State of Arizona, Carin Patchin, Tracy Del Fiacco, Amanda Davisson, Michael Faust and Gregory McKay, collectively ("State Defendants") request

permission to exceed the 17 page limitation set by Local Rule 7.2(e)(1) for their Motion to Dismiss Second Amended Complaint by two pages.  Their proposed Motion is 19 pages.

State Defendants request the additional pages to adequately address Plaintiffs' claims outlined in the Second Amended Complaint ("SAC").  (Doc. 21.)  Plaintiffs' SAC consists of 51 pages and 282 paragraphs. Plaintiffs are not opposed to this motion.

Based on the foregoing, the State Defendants respectfully request that they be permitted to exceed the page limitations of Local Rule 7.2(e)(1).  A proposed order has been filed contemporaneously with this Motion.

RESPECTFULLY SUBMITTED this 9th day of August, 2024.

/s/Julie M. Rhodes
Julie M. Rhodes
Michael R. Niederbaumer
Assistant Attorneys General
*Attorneys for State Defendants*

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 9th day of August, 2024:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
*Attorneys for Plaintiffs*

1  DeeAn Gillespie Strub
   GILLESPIE, SHIELDS & TAYLOR
2  7319 North 16th Street
   Phoenix, Arizona 85020
3  mailroom@gillaw.com
   *Attorneys for Plaintiffs*
4

5  */s/Samantha Linley*
   LMS22-0354 | G202221043-1 | #12126127
6