IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, an individual; Jiaro Abrego Zavaleta, an individual; L.J, a minor, through his parent and guardian, Bianca Jimenez-Bencebi; K.J., a minor, through his parent and guardian, Bianca Jimenez-Bencebi; K.A.J, a minor, through her parent and guardian Bianca Jimenez-Bencebi; and J.A.J., a minor, through his parent and guardian Bianca Jimenez-Bencebi,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a government entity; Carin Patchin, individually and as an employee with the State of Arizona Department of Child Safety; Tracey Del Fiacco, individually and as an employee with the State of Arizona Department of Child Safety; Amanda Davisson, individually and an employee with the State of Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; and Gregory McKay, as Former Director, Arizona Department of Child Safety,<br><br>Defendants. | Case No: 2:23-cv-02075-DWL<br><br>**ORDER** |

The Court having considered the Unopposed State Defendants' Motion to Exceed Page Limit (Motion), and good cause appearing,

1  **IT IS HEREBY ORDERED** that the request to enlarge the page limit of the
2  State Defendants' Motion to Dismiss Second Amended Complaint, up to and including
3  19 pages, is granted.
4  **IT IS FURTHER ORDERED** that State Defendants' Motion to Dismiss Second
5  Amended Complaint is accepted as filed.
6  Dated this ____ day of August, 2024.