Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, *et al* <br><br> Plaintiffs, <br><br> v. <br><br> State of Arizona, *et al* <br><br> Defendants. | Case No.: 2:23-cv-02075-DWL <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> (Hon. Dominic W. Lanza) |

  The parties, by and through their respective undersigned counsel, hereby submit this *Stipulation to Extend Deadline for Plaintiffs to file Response to Motion to Dismiss Second Amended Complaint* (Doc. 23) to September 6, 2024.  Due to scheduling conflicts and the number of issues raised in the Motion to Dismiss Second Amended Complaint, the

1  Plaintiffs need more time to prepare their Response.  The parties affirm that this request is
2  made in good faith and not for purposes of delay.
3        The current deadline for Plaintiffs to file a Response to Motion to Dismiss Second
4  Amended Complaint is August 23, 2024.  The parties have conferred and agreed to seek
5  an extension for Plaintiffs to file their Response to Motion to Dismiss Second Amended
6  Complaint until September 6, 2024.  A proposed order is included for the Court's review.
7        **RESPECTFULLY SUBMITTED** this <u>19th</u> day of August 2024.

**MILLS + WOODS LAW PLLC**

    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**

By <u>/s/ Jenny D. Jansch</u>
    DeeAn Gillespie Strub
    Jenny D. Jansch
    7319 North 16th Street
    Phoenix, AZ 85020

*Attorneys for Plaintiffs*

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By <u>/s/ Julie M. Rhodes</u>

    Julie M. Rhodes
    Michael R. Niederbaumer
    Assistant Attorney General
    2005 North Central Avenue
    Phoenix, Arizona  85007-2926

*Attorneys for State Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

  /s/ Jenny D. Jansch