**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bianca Jimenez-Bencebi, *et al* | Case No.: 2:23-cv-02075-DWL |
| Plaintiffs, | |
| v. | **ORDER** |
| State of Arizona, *et al* | (Hon. Dominic W. Lanza) |
| Defendants. | |

Pursuant to the parties' stipulation and for good cause shown, the current deadline for Plaintiffs to file their Response to Motion to Dismiss Second Amended Complaint of August 23, 2024, is extended to September 6, 2024.

Dated this ___ day of August, 2024.

_____
Honorable Dominic W. Lanza
United States District Judge