IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, *et al.*, | Case No.: 2:23-cv-02075-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| State of Arizona, *et al.*, | (Hon. Dominic W. Lanza) |
| Defendants. | |

This matter coming before the Court on Plaintiffs' Motion for Leave to Exceed LRCiv 7.2(e) Page Limit for Plaintiffs' Response in Opposition to State Defendants' Motion to Dismiss (Doc. 29), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to Exceed LRCiv 7.2(e) Page Limit is granted, and the Response filed by Plaintiffs at Doc. 28 shall be permitted at its length as filed.