Julie M. Rhodes (016313)
Michael R. Niederbaumer (031931)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612 – JR
Telephone: (602) 542-8346 – MN
Fax: (602) 542-3393
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Michael.Niederbaumer@azag.gov

*Attorneys for State Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bianca Jimenez-Bencebi, et al., | Case No: 2:23-cv-02075-DWL |
| Plaintiffs, | |
| vs. | **UNOPPOSED STATE DEFENDANTS' MOTION TO EXCEED PAGE LIMIT** |
| State of Arizona, et al., | |
| Defendants. | |

Defendants State of Arizona, Carin Patchin, Tracy Del Fiacco, Amanda Davisson, Michael Faust, and Gregory McKay, collectively ("State Defendants") request permission to exceed the 11 page limitation set by Local Rule 7.2(e)(2) for their Reply in Support of Motion to Dismiss Second Amended Complaint by three pages. Their proposed Reply is 14 pages.

State Defendants request the additional pages to adequately address Plaintiffs' claims outlined in the Response in Opposition to State Defendants' Motion to Dismiss Second Amended Complaint. (Doc. 28.) Plaintiffs' Response consists of 20 pages. Plaintiffs are not opposed to this motion.

Based on the foregoing, the State Defendants respectfully request that they be permitted to exceed the page limitations of Local Rule 7.2(e)(2). A proposed order has been filed contemporaneously with this Motion.

RESPECTFULLY SUBMITTED this 12th day of September, 2024.

/s/Julie M. Rhodes
Julie M. Rhodes
Michael R. Niederbaumer
Assistant Attorneys General
*Attorneys for State Defendants*

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 12th day of September, 2024:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

/s/Samantha Linley
LMS22-0354 | G202221043-1 | #12140895

2