**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bianca Jimenez-Bencebi, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, et al.,<br><br>Defendants. | Case No: 2:23-cv-02075-DWL<br><br>**ORDER** |

The Court having considered the Stipulated State Defendants' Motion to Exceed Page Limitation (Motion), and good cause appearing,

**IT IS HEREBY ORDERED** that the request to enlarge the page limit of State Defendants' Reply in Support of Motion to Dismiss Second Amended Complaint, up to and including 14 pages, is granted.

**IT IS FURTHER ORDERED** that State Defendants' Reply in Support of Motion to Dismiss Second Amended Complaint is accepted as filed.

Dated this ____ day of September, 2024.