Julie M. Rhodes (016313)
Michael R. Niederbaumer (031931)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612 – JR
Telephone: (602) 542-8346 – MN
Fax: (602) 542-3393
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Michael.Niederbaumer@azag.gov

*Attorneys for Patchin*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, an individual; Jiaro Abrego Zavaleta, an individual; L.J, a minor, through his parent and guardian, Bianca Jimenez-Bencebi; K.J., a minor, through his parent and guardian, Bianca Jimenez-Bencebi; K.A.J, a minor, through her parent and guardian Bianca Jimenez-Bencebi; and J.A.J., a minor, through his parent and guardian Bianca Jimenez-Bencebi,<br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>State of Arizona, a government entity; Carin Patchin, individually and as an employee with the State of Arizona Department of Child Safety; Tracey Del Fiacco, individually and as an employee with the State of Arizona Department of Child Safety; Amanda Davisson, individually and an employee with the State of Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; and Gregory McKay, as Former Director, Arizona Department of Child Safety,<br>　　　　　　　Defendants. | Case No: 2:23-cv-02075-DWL<br><br>**NOTICE OF SERVICE** |

**NOTICE IS HEREBY** given that the following documents were served upon the parties on February 28, 2025:

1. State Defendants' Initial Disclosure Statement.

RESPECTFULLY SUBMITTED this 28th day of February, 2025.

                                                Arizona Attorney General's Office

                                                */s/Julie M. Rhodes*
                                                Julie M. Rhodes
                                                Michael R. Niederbaumer
                                                Assistant Attorneys General
                                                *Attorneys for Patchin*