## APPLICATION AND DECLARATION FOR EX-PARTE REMOVAL OF CHILD
### Superior Court of Arizona for Maricopa County

REMOVAL REQUEST # RR2020-00591

COUNTY OF ORIGIN Maricopa

DCS CASE ID 599953

I, Carin Patchin, hereby affirm the following statement of facts:

1. I am employed by the Arizona Department of Child Safety. By virtue of my education, training and experience I am qualified and authorized to conduct child abuse and neglect investigations. I am currently assigned to investigate the case involving the child named in this application and declaration for removal, or am that person's supervisor. I make this declaration in support of this application. Further, I have the following qualifications:

2. This application and declaration is in support of for ex-parte removal of the following children:

| Child Name | DOB | Sex | ICWA Status |
|---|---|---|---|
| Babyboy J.A.J. | 2020 | M | No |

3. The mother(s) is/are:
   The mother of Babyboy J.A.J. is Bianca Bencebi

4. The father(s) is/are:
   The father of Babyboy J.A.J. is Jairo Abrego-Zavaleta

5. The legal guardian(s) is/are:
   The legal guardian of Babyboy J.A.J. is None or Unknown

ST-JIMENEZ-004005

## APPLICATION AND DECLARATION FOR EX-PARTE REMOVAL OF CHILD
### Superior Court of Arizona for Maricopa County

6. Probable cause exists to believe that temporary custody is clearly necessary to protect the child from suffering abuse or neglect, and it is contrary to the child's welfare to remain in the home under A.R.S. §8-821(A). Specifically, In December 2019, Ms. Bencebi's parental rights were terminated as to the children, K.J. and J.M.J. When the above mentioned children came into care, the twelve(12) month old J.M.J. was extremely malnourished and had several bruises on him that were in various stages of healing. The Department provided Ms. Bencebi (Jimenez) a Level I Parent Aide, psychological evaluation and individual counseling. After five(5) months of therapy, the therapist informed Ms. Bencebi (Jimenez) she was unable to continue services since it appeared Ms. Bencebi was unable and/or unwilling to make the necessary behavior changes as she failed to admit any wrongdoing towards her children. Ms. Bencebi consistently blamed others and/or medical reasons for J.M.J. issues. Furthermore, the psychologist who completed the evaluation for Ms. Bencebi stated it appeared she had a gender preference "disorder" as she seemed to be hostile towards her male children. Prior history records from the state of Missouri cited Ms. Bencebi bit her older son, L.J. several times as well as hit him when he failed to interpret information for her properly. Ms. Bencebi served four(4) months in jail for criminal physical abuse against L.J.
In March 2019, Ms. Bencebi gave birth to her daughter, K.A.J. she is currently an adjudicated dependent due Ms. Bencebi's ongoing concerns and Mr. Abrego-Zavaleta's inability and/or unwillingness to protect her from Ms. Bencebi's erratic and aggressive behaviors. Ms. Bencebi is married to K.A.J. father, Mr. Jairo Abrego-Zavaleta. It is understood that Mr. Abrego-Zavaleta is also the father to this newborn.
On 2/12/20, the social worker at Banner Gateway Hospital called DCSS Patchin to inform her that Ms. Bencebi was currently in labor. The social worker further stated that security had to be called to the labor and delivery section on two(2) separate occasions due to Ms. Bencebi's aggressive behavior and extreme language. The social worker stated Ms. Bencebi went so far as to call the unborn child a "fucking bastard".
On 2/13/20, DCSS Patchin received an additional call from the hospital's social worker confirming the birth of Baby Boy J.A.J. The social worker stated the newborn was immediately placed in the NICU section of the hospital due to concerns with Ms. Bencebi's erratic behavior and outbursts. It was further stated that Ms. Bencebi was continuously demanding an interpreter, threatening the staff and making further inappropriate comments about the newborn by saying, "Maybe I will name him 'Mother Fucker'".
Due to the multiple concerns regarding Ms. Bencebi's behavior, the prior severance, the criminal physical abuse charges and Mr. Abrego-Zavaleta's inability and/or unwillingness to protect the child from harm, it is requested for the newborn to be removed from the parents' care.

ST-JIMENEZ-004006

## APPLICATION AND DECLARATION FOR EX-PARTE REMOVAL OF CHILD
## Superior Court of Arizona for Maricopa County

7. I, Carin Patchin, declare under penalty of perjury that the information contained within this application and declaration is true and correct to the best of my knowledge and belief.

2/13/2020 11:08 AM

ST-JIMENEZ-004007

ORDER FOR EX-PARTE REMOVAL OF CHILD
Superior Court of Arizona for Maricopa County

REMOVAL REQUEST # RR2020-00591
COUNTY OF ORIGIN Maricopa
DCS CASE ID 599953

TO ANY DCS REPRESENTATIVE IN THE STATE OF ARIZONA

Proof by application and declaration having been made this date 02/13/2020 before me by Carin Patchin of the Department of Child Safety ("DCS"), and on the basis of the evidence presented in such application and declaration, and pursuant to A.R.S. §8-821(A), I find probable cause exists to believe that temporary custody is clearly necessary to protect the following child Babyboy J.A.J. from suffering abuse or neglect. I further find, for the reasons indicated below and pursuant to A.R.S. §8-821(A), that probable cause exists to believe that it is contrary to the child's welfare to remain in the home.

- ☒ Risk of abuse or neglect of child(ren)
- ☒ Unfit or unsafe home environment for child(ren)
- ☒ Unwillingness or inability of parent to care for child(ren)

Therefore, **IT IS ORDERED** granting DCS's request for authorization to remove Babyboy J.A.J. and authorizing DCS to remove this child.

_Tracy Nadzieja_
Hon. Tracy Nadzieja

2/13/2020 11:35 AM

ST-JIMENEZ-004008