Clerk of the Superior Court
*** Electronically Filed ***
3/29/2019 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                          3/18/2019


JUDGE PRO TEM LINDSEY COATES                     CLERK OF THE COURT
                                                 S. Gomez
                                                 Deputy

IN THE MATTER OF:

███████ K.A.J. ██████████              AMANDA ANN STOLEE
F1151788
DOB: ███/2019

                                                 HEATHER YVONNE SCHAUPP

                                                 AMANDA DENISE LAUER

                                                 BIANCA  BENCEBI-JIMENEZ
                                                 ████████████
                                                 ██████████████

                                                 STEPHANIE  PRECIADO

                                                 JAIRO  ABREGO-ZAVALETA
                                                 ████████████████
                                                 ██████████████

                                                 JUVENILE OFFICE OF PUBLIC
                                                 DEFENSE SERVICES
                                                 DCS SPECIALIST - CENTRAL REGION
                                                 LEGAL ADVOCATE-JUVENILE
                                                 LEGAL DEFENDER-JUV-DUR
                                                 JUDGE GARCIA


PRELIMINARY PROTECTIVE HEARING - DEPENDENCY CONTESTED
INITIAL DEPENDENCY HEARING - VACATED

11:30 a.m.  This matter is digitally recorded in Courtroom 201.

Docket Code PPHDENYALL              Form JDPPHAll                    Page 1

ST-JIMENEZ-003742

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                                 3/18/2019

     This is the time set for Preliminary Protective Hearing and Initial Dependency Hearing on a Dependency Petition filed 3/12/2019.

     Present:  Assistant Attorney General Heather Schaupp, counsel for the Department of Child Safety; DCS Child Safety Specialist Brittany Woolgar; Deputy Legal Advocate William Owsley, appearing for Amanda Stolee, guardian ad litem for the child; Deputy Legal Defender Sara Priestley, appearing for Amanda Lauer, proposed counsel for the mother; Bianca Bencebi-Jimenez, the mother, and Jairo Abrego-Zavaleta, the father, both parents assisted by Superior Court Interpreter Martin Hernandez; and Stephanie Preciado, proposed counsel for the father, Mr. Abrego-Zavaleta.

     All attendees of the hearing are admonished by the Court from disclosing any personally identifiable information mentioned in the proceedings and that doing so shall be deemed in contempt of court.

     The Court is advised of the results of the Preliminary Protective Conference.

     The Court is provided with the original verification for the dependency petition and files same this date.

     The Court has read and considered Father Abrego-Zavaleta's financial affidavit.

     THE COURT FINDS that Father Abrego-Zavaleta is indigent and is eligible for court-appointed counsel.

     The Court notes that Mother was previously found indigent in an open dependency matter regarding her other children.

     IT IS ORDERED appointing Stephanie Preciado as counsel to represent the father, Jairo Abrego-Zavaleta, in all further proceedings in this matter.

     IT IS ORDERED affirming the appointment of Deputy Legal Defender Amanda Lauer as counsel to represent the mother, Bianca Bencebi-Jimenez, in all further proceedings in this matter.

     IT IS ORDERED affirming the appointment of Deputy Legal Advocate Amanda Stolee as guardian ad litem for the child in all further proceedings in this matter.

Docket Code PPHDENYALL                    Form JDPPHAll                        Page 2

ST-JIMENEZ-003743

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                    3/18/2019

The Court is informed that this matter is not subject to the Indian Child Welfare Act of 1978.

The Court is informed that paternity is established as to the child, K.A.J.

The Department moves to dismiss John Doe as a party to this action.

There being no objection,

IT IS ORDERED dismissing John Doe as a party to this action.

The Department requests leave to amend the dependency petition to reflect the child's correct name and to correct the order of Mother's last name.

IT IS ORDERED granting the Department leave to amend the dependency petition for the reasons stated on the record.

Service is accepted and defects are waived by the parents.

THE COURT FINDS that service is complete for the mother and the father, Mr. Abrego-Zavaleta.

The parents wish to contest the allegations of the dependency petition, waive their right to Mediation, and request to set a Pretrial Conference and a Dependency Adjudication.

IT IS ORDERED entering a denial to the petition on behalf of the mother and the father, Mr. Abrego-Zavaleta.

Form I, Notice to Parent in Dependency Action, is reviewed by the Court and provided to the parents. The parents indicate an understanding of same.

LET THE RECORD REFLECT that the original of Form I is signed by the parents this date and submitted to the Court for filing.

Counsel for the father objects to the Department's request for Father Abrego-Zavaleta to participate in a psychological evaluation.

Discussion is held.

Docket Code PPHDENYALL            Form JDPPHAll                        Page 3

**ST-JIMENEZ-003744**

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                3/18/2019

IT IS ORDERED denying the Department's request for an order that Father Abrego-Zavaleta participate in a psychological evaluation.

Based on the matters presented,

THE COURT FINDS that continued temporary custody is clearly necessary to prevent abuse or neglect.

THE COURT FINDS that the Department of Child Safety has made reasonable efforts to prevent the removal of the child from the home or that it was reasonable to make no efforts to maintain the child in the home.

THE COURT FINDS that it is contrary to the welfare of the child to be returned to or placed in the custody of the parents based upon the allegations in the verified dependency petition filed on 3/12/2019 and the court report dated 3/14/2019.

IT IS ORDERED continuing the child, ██████ K.A.J. ██████ s temporary ward of the Court, committed to the care, custody and control of the Department of Child Safety.

IT IS ORDERED that the Department make reasonable efforts to provide services to the parents and children and that the parents and children participate in the services offered.

IT IS ORDERED vacating the Initial Dependency Hearing set as to the parents

on      3/18/2019
at      11:30 AM
before  Honorable Lindsey G Coates

IT IS ORDERED setting this matter for Final Conference - Pretrial - Contested Dependency regarding the mother and the father, Mr. Abrego-Zavaleta,

on      5/2/2019
at      10:00 AM
before  Honorable Jeanne Garcia
at the Maricopa County Superior Court
Old Courthouse, Courtroom 303
125 W. Washington, Phoenix, AZ 85003

Docket Code PPHDENYALL              Form JDPPHAll                      Page 4

ST-JIMENEZ-003745

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                    3/18/2019


        IT IS ORDERED setting this matter for Dependency - Adjudication regarding the mother
and the father, Mr. Abrego-Zavaleta

                on     5/10/2019
                at       1:30 PM
                before  Honorable Lindsey G Coates
                at the Maricopa County Superior Court
                Old Courthouse, Courtroom 201
                125 W. Washington, Phoenix, AZ 85003

        IT IS ORDERED settling and approving the Preliminary Protective Order and Order
Setting Court Hearings signed by the Court this date.

        IT IS ORDERED that services, placement of the child and visitation shall occur as
indicated in the Preliminary Protective Order signed by the Court this date.

        The parents are advised of the consequences for failing to appear at all future hearings as
well as failing to participate in services.  The parents indicate an understanding of same.

        11:55 a.m.  Court adjourns.

Filed:  Verification
        Form I, Notice to Parent in Dependency Action (2)
        Parents' Financial Affidavit to Determine Eligibility for a Court-Appointed Attorney
        Preliminary Protective Order and Order Setting Court Hearings

Later:
        IT IS ORDERED affirming the Dependency - Permanency Planning/Age 0-2 Years
regarding the child, K.A.J.

                on     8/1/2019
                at       9:00 AM
                before  Honorable Jeanne Garcia
                at the Maricopa County Superior Court
                Old Courthouse, Courtroom 303
                125 W. Washington, Phoenix, AZ 85003

        **NOTICE:  As of June 24, 2019, all proceedings in this Division shall be presided
over by the Honorable David O. Cunanan.**

Docket Code PPHDENYALL                Form JDPPHAll                            Page 5

**ST-JIMENEZ-003746**

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                          3/18/2019

     This Courtroom utilizes an electronic recording system for the Court's record. If a court reporter is needed, a written request must be filed with the Clerk of the Court and a copy provided to the assigned judicial officer at least 72 hours before the commencement of the proceeding.

     To order a copy of the audio record on compact disc (CD), please call Juvenile Court Administration (Durango facility - 602-506-4533/Southeast facility - 602-506-2544). There will be a fee of $30 for each copy of the Superior Court proceedings. All copies will be provided using Court-supplied media.

NOTICE

     If a party fails to appear for the Pretrial Conference, the failure to appear may be deemed as an admission to all the facts in the petition and the Court may proceed to an adjudication of the ultimate issues.

     If the petitioner fails to appear, the failure to appear may be deemed as a failure to prosecute and this matter may be dismissed.

     If a party or a party's attorney fails to obey a pretrial order, or fails to appear at a Pretrial Conference, or is substantially unprepared to participate in the Conference or if a party or party's attorney fails to participate in good faith, the Court, upon motion or on its own initiative, may make such orders with regard to such conduct as are just, including among others, any of the orders provided in Rule 44 of the Rules of Procedure for the Juvenile Court.

     The Court urges counsel and the parties to meet and confer in an effort to resolve the issues in dispute without the need for the above contested hearing.

     All parties are informed that any party may file lists of witnesses and exhibits no later than thirty (30) days prior to the first day of trial. Supplemental lists of witnesses and exhibits may be filed no later than twenty (20) days prior to the trial start date. Those lists are to include the name, address and telephone number of all persons who will be called to testify at a contested hearing along with a meaningful summary of each person's testimony and copies of each exhibit that will be offered into evidence.

     Objections shall be due in writing ten (10) days prior to the trial start date. Those not being objected to in writing are, in fact, waived.

     Any pretrial motions shall be filed five (5) days in advance.

ST-JIMENEZ-003747

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                    3/18/2019


**All exhibits shall be provided to the Clerk of Court to be marked at least two (2) business days before the beginning of the adjudication.**

**All exhibits twenty (20) pages in length or longer SHALL be Bates-stamped.**

**Counsel and/or self-represented parties are ordered to provide one additional copy of ALL exhibits to the Court for the Court's reference and use during the adjudication.**

WARNING

As a parent, it is your responsibility to cooperate with all services offered, and work toward return of your child. A failure to do so, within a reasonable period of time, may mean losing your child forever through termination of your rights and adoption.

ST-JIMENEZ-003748