Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
2/28/2020 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                2/24/2020


HONORABLE DAVID O. CUNANAN                    CLERK OF THE COURT
                                                   M. Aldaba
                                                    Deputy

IN THE MATTER OF:

███████ J.A.J. ███████                       AMANDA ANN STOLEE
F1165585
DOB: ███ /2020

                                              RENEE LYNN COOK

                                              CAROL COGHLAN CARTER

                                              BIANCA JIMENEZ
                                              ████████████
                                              ████████
                                              ██████████

                                              STEPHANIE PRECIADO

                                              JAIRO ABREGO ZAVALETA
                                              ████████████
                                              ████████
                                              ██████████

                                              SARA MARGARITA LOFLAND


                                              JUVENILE MEDIATION PROGRAM
                                              JUVENILE OFFICE OF PUBLIC
                                              DEFENSE SERVICES
                                              DCS SPECIALIST - MARICOPA EAST
                                              REGION
                                              LEGAL DEFENDER-JUV-DUR
                                              LEGAL ADVOCATE-JUVENILE


Docket Code PPHDENYALL          Form DependencyHrgUni                    Page 1

**ST-JIMENEZ-003802**

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                    2/24/2020

PRELIMINARY PROTECTIVE & INITIAL DEPENDENCY HEARING
DEPENDENCY CONTESTED

10:16 a.m. This matter is digitally recorded in Courtroom 301.

This is the time set for Preliminary Protective and Initial Dependency Hearing on a Dependency Petition filed 2/19/2020.

Present:  Assistant Attorney General Adolfo Iniguez, appearing for Assistant Attorney General Renee Cook, counsel for the Department of Child Safety; DCS Child Safety Specialist Carin Patchin; Deputy Legal Advocate Sara Lofland, proposed counsel for the mother; Carol C. Carter, counsel for the mother; Bianca Jimenez, the mother; Jairo Abrego Zavaleta, the father; Maureen Kottmer, appearing for Stephanie Preciado, proposed counsel for the father; Court Interpreter Priscilla Johnson, assisting the mother; and Deputy Legal Advocate Amanda Stolee, guardian ad litem for the child.

The Court is advised of the results of the Preliminary Protective Conference.

Notice of Substitution of Counsel for Mother having been filed on 2/21/2020,

IT IS ORDERED granting the substitution of counsel.

IT IS ORDERED appointing Carol C. Carter and relieving Deputy Legal Advocate Sara Lofland as counsel for the mother of further responsibility in this matter.

10:17 a.m. Ms. Lofland is excused and exits the courtroom.

Service is accepted and defects are waived by the mother, Bianca Jimenez, and father, Jairo Abrego Zavaleta.

THE COURT FINDS that service is complete for mother and father Zavaleta.

This case is not subject to ICWA.

The mother and father Zavaleta wish to contest the allegations of the petition.

IT IS ORDERED entering a denial to the petition on behalf of the parents.

Docket Code PPHDENYALL                Form DependencyHrgUni                        Page 2

ST-JIMENEZ-003803

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                             2/24/2020

                                                                      ■

        Based upon father's previous financial affidavit,

        IT IS ORDERED appointing Stephanie Preciado as counsel to represent the father, Jairo
Abrego Zavaleta, in all further proceedings in this matter.

        IT IS ORDERED affirming the appointment of Deputy Legal Advocate Amanda Stolee
as guardian ad litem for the child, ███████ J.A.J. ███████ all further proceedings in this
matter.

        Paternity is established.

        IT IS ORDERED setting this matter for Mediation - Dependency regarding the mother
and father Zavaleta

                        on      3/20/2020
                        at      10:00 AM
                        before  OCH Mediation
                        at the Maricopa County Superior Court
                        Old Courthouse, Room 303
                        125 W. Washington, Phoenix, AZ 85003

        FOR MEDIATION HEARING

        Parties are to check in at the reception desk.

        All parties, counsel and professionals who would participate in a court hearing are
required to attend mediation. All parties upon whom service has been made must appear for
mediation.

        To ensure full participation in the process, parties must inform the Court in advance of
any scheduling conflicts which would interfere with their attendance at mediation. Because
multiple parties participate in mediations, your prompt appearance is important to avoid delay.

        Mediation is a confidential process; the Court will be advised by the mediator only of the
terms of any agreement reached.

        IT IS ORDERED that as part of the mediation ordered in this case, parties shall perform
the following tasks to properly prepare for the mediation:

ST-JIMENEZ-003804

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                              2/24/2020

    1)  DCS shall provide timely disclosure of all information as required by law to Respondent parties (including counsel for the children), and by no later than ten (10) days prior to the mediation;
    2)  parents' attorneys, guardians ad litem and the children's attorneys shall provide a brief description by email to the assigned Assistant Attorney General of specific points of interest, factual disputes, and desired outcomes of mediation by no later than five (5) business days prior to mediation; and
    3)  the Assistant Attorney General shall respond by email to the parents' attorneys, guardians ad litem and children's attorneys emails by no later than one (1) business day prior to the mediation.

    IT IS ORDERED setting this matter for Conference - Pretrial - Contested Dependency regarding the mother and father Zavaleta

        on     4/22/2020
        at     11:00 AM
        before  Honorable David O. Cunanan
        at the Maricopa County Superior Court
        Old Courthouse, Courtroom 301
        125 W. Washington, Phoenix AZ 85003

NOTICE

    If a party fails to appear for the Pretrial Conference, the failure to appear may be deemed as an admission to all the facts in the petition and the Court may proceed to an adjudication of the ultimate issues.

    If the petitioner fails to appear, the failure to appear may be deemed as a failure to prosecute and this matter may be dismissed.

    If a party or a party's attorney fails to obey a pretrial order, or fails to appear at a Pretrial Conference, or is substantially unprepared to participate in the Conference or if a party or party's attorney fails to participate in good faith, the Court, upon motion or on its own initiative, may make such orders with regard to such conduct as are just, including among others, any of the orders provided in Rule 44 of the Rules of Procedure for the Juvenile Court.

**ST-JIMENEZ-003805**

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                          2/24/2020

IT IS ORDERED setting this matter for Dependency - Adjudication regarding the mother and father Zavaleta

on       5/11/2020
at       1:30 PM
before  Honorable David Cunanan
before  Honorable David O. Cunanan
at the Maricopa County Superior Court
Old Courthouse, Courtroom 301
125 W. Washington, Phoenix AZ 85003

The Court urges counsel and the parties to meet and confer in an effort to resolve the issues in dispute without the need for the above contested hearing.

IT IS ORDERED settling and approving the Preliminary Protective Order and Order Setting Court Hearings signed by the Court this date.

IT IS ORDERED that services, placement of the child and visitation shall occur as indicated in the Preliminary Protective Order signed by the Court this date.

10:24 a.m. Court adjourns.

Filed:
Preliminary Protective Order and Order Setting Court Hearings

IT IS ORDERED affirming current legal custody and placement orders.

THE COURT FINDS that the Department of Child Safety has made reasonable efforts to prevent the removal of the child from the home and that continuation in the home would be contrary to the welfare of the child, or that it was reasonable to make no efforts to maintain the child in the home.

The Court urges counsel and the parties to meet and confer in an effort to resolve the issues in dispute without the need for the contested hearing/adjudication (hereinafter "trial").

IT IS ORDERED that all parties shall comply with disclosure requirements pursuant to Rule 44, Arizona Rules of Procedure for the Juvenile Court. This includes the filing of a disclosure statement within thirty (30) days) after the initial hearing.

Docket Code PPHDENYALL                Form DependencyHrgUni                          Page 5

ST-JIMENEZ-003806

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                     2/24/2020

IT IS FURTHER ORDERED that all parties shall file final lists of witnesses and exhibits no later than thirty (7) days prior to the first day of trial or evidentiary hearing. Those lists are to include the name, address and telephone number of all witnesses who will be called to testify at trial, a time estimate for direct examination, cross examination and redirect examination.

IT IS FURTHER ORDERED that the parties meet and confer regarding any possible stipulation which should be listed in this statement as well as any areas of dispute which need to be resolved prior to trial by the Court.

IT IS FURTHER ORDERED that no witness shall be called or exhibit used at trial or evidentiary hearing other than those disclosed in accordance with the Rules and this Order, except by leave of the Court.

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than thirty (30) days prior to the first day of trial.

**IT IS FURTHER ORDERED that all exhibits, accompanied by a specific list, shall be submitted to the Clerk of the Court for marking no later than three (3) court days before the first day of trial or evidentiary hearing.**

This Courtroom utilizes an electronic recording system for the Court's record. If a court reporter is needed, a written request must be filed with the Clerk of the Court and a copy provided to the assigned judicial officer at least 72 hours before the commencement of the proceeding.

To order a copy of the audio record on compact disc (CD), please call Juvenile Court Administration (Durango facility - 602-506-4533/Southeast facility - 602-506-2544). There will be a fee of $30 for each copy of the Superior Court proceedings. All copies will be provided using Court-supplied media.

WARNING

As a parent, it is your responsibility to cooperate with all services offered, and work toward return of your child. A failure to do so, within a reasonable period of time, may mean losing your child forever through termination of your rights and adoption.

IT IS ORDERED, pursuant to Arizona Revised Statutes, that any and all schools, school districts and personnel thereof shall fully cooperate with juvenile probation officers, DCS child safety specialists, and attorneys or guardian ad litem or Court appointed special advocates

Docket Code PPHDENYALL              Form DependencyHrgUni                    Page 6

**ST-JIMENEZ-003807**

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                    2/24/2020


representing a child in a dependency or delinquency action by allowing access by them to all
educational records of the child, including but not limited to records pertaining to school,
attendance, behavior, academic progress, and psychological evaluations, and shall discuss the
contents and meaning thereof with them to assist them in the preparation, implementation, and
completion of a rehabilitation and treatment plan for the child.

ST-JIMENEZ-003808