Clerk of the Superior Court<br>*** Filed ***<br>8:00 AM<br>JUN 0 3 2022

SUPERIOR COURT OF ARIZONA<br>MARICOPA COUNTY


JD36375
JS20711

5/11/2022

HONORABLE DAVID O. CUNANAN

CLERK OF THE COURT
A. Sotelo
Deputy

IN THE MATTER OF:

K.J.
F1142060
DOB: ▮▮2016

J.M.J.
F1142061
DOB: ▮▮2017

K.A..J.
F1151788
DOB: ▮▮2019

J.A.J.
F1165585
DOB: ▮▮2020

ERIN STEFFIN BEVINS

CHEYSSER PEVEY

MICHAEL A ALVAREZ

DEEAN GILLESPIE STRUB

JOHNATHAN GONZALEZ
NO ADDRESS ON RECORD

NOEL MENCHACA
NO ADDRESS ON RECORD

STEPHANIE PRECIADO

Docket Code CONTESTSEVHR        Form JSContestSev                                  Page 1

ST-JIMENEZ-003920

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375
JS20711

5/11/2022

JS20711
CONTINUED CONTESTED SEVERANCE HEARING
AS TO MOTHER AND FATHERS
SEVERANCE GRANTED AS TO J.M.J. ONLY
SEVERANCE DENIED AS TO K.J. K.A.J. AND J.A.J.

JD36375
CONTINUED EVIDENTIARY HEARING
MOTION MOOT

JD36375
CONTINUED REPORT AND REVIEW HEARING
HEARING CONTINUED

1:32 p.m. This matter is digitally recorded in Courtroom 301.

This is the time set for continued Contested Severance Hearing as to mother, Bianca Jimenez, and father of K.A.J. and J.A.J. Jairo Abrego Zavaleta, on a Petition for Termination of Parent-Child Relationship, filed 12/14/2020 and amended 5/20/2021 in JS20711. Testimony and evidence is also being taken as to alleged father of K.J. Johnathan Gonzalez; alleged father of J.M.J. Noel Menchaca; and alleged father of K.J. and J.M.J. John Doe.

This is also the time set for continued Evidentiary Hearing on DCS's Motion to Be Relieved of Offering Visitation as to mother regarding K.J. and J.M.J. filed 10/23/2020 in JD36375.

This is also the time set for continued Report and Review Hearing in JD36375.

Present in the courtroom: Michael Alvarez, special trial counsel for the Department of Child Safety; DeeAn Gillespie Strub, private counsel for mother; Stephanie Preciado, counsel for father Abrego Zavaleta; Bianca Jimenez, mother; and Jairo Abrego Zavaleta, father of K.A.J. and J.A.J.

ST-JIMENEZ-003921

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375
JS20711

5/11/2022

Present telephonically/virtually: John Foley, private co-counsel for mother; Deputy Legal Advocate Erin Bevins, counsel for the children; DCS Child Safety Specialist Tracy Del Fiacco; Superior Court Spanish Interpreters Ricardo Parra and Maite Lopez, assisting mother and father Abrego Zavaleta; foster father for K.J. and K.A.J. foster mother for J.M.J. and J.A.J. and witness, Dr. Carlos Vega.

Discussion is held.

MOTHER'S CASE CONTINUED:

Dr. Vega is sworn and testifies.

Upon request of counsel for Mr. Abrego Zavaleta, and there being no objection,

IT IS ORDERED admitting Mother's Exhibit 80 into evidence.

Upon request of counsel for mother, and there being no objection,

IT IS ORDERED admitting Mother's Exhibit 79 into evidence.

Dr. Vega concludes his testimony.

2:22 p.m. Dr. Vega is excused and no longer appears telephonically/virtually.

Discussion is held.

Upon request of counsel for mother, and there being no objection,

IT IS ORDERED admitting Mother's Exhibits 36 and 59 into evidence.

Counsel for mother requests to admit Mother's Exhibits 37, 38, and 39 into evidence. Counsel for Mr. Abrego Zavaleta and counsel for the Department do not object to these Exhibits. Counsel for the children only objects to Mother's Exhibit 39, based on relevance.

IT IS ORDERED sustaining counsel for the children's objection to Mother's Exhibit 39.

IT IS ORDERED admitting Mother's Exhibits 37 and 38 into evidence.

ST-JIMENEZ-003922

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375  
JS20711

5/11/2022

Upon request of counsel for mother, and there being no objection,

IT IS ORDERED admitting Mother's Exhibits 53, 57, 60, 62, and 68 into evidence.

Mother rests.

Counsel for Mr. Abrego Zavaleta indicates she does not have any additional witnesses.

Counsel for the children indicates she does not have any additional witnesses.

Counsel for the Department indicates he does not have any rebuttal witnesses.

Counsel present closing arguments.

Based on the sworn testimony and evidence received, and for the reasons stated on the record,

IT IS ORDERED granting the Petition for Termination of Parent-Child Relationship, filed 12/14/2020 and amended 5/20/2021 in JS20711, as to J.M.J. only, based on the grounds noted by the Court.

IT IS ORDERED terminating the parent-child relationship which heretofore existed between mother, Bianca Jimenez, and the child, J.M.J.

IT IS ORDERED terminating the parent-child relationship which heretofore existed between alleged father, Noel Menchaca, and the child, J.M.J.

IT IS ORDERED terminating the parent-child relationship which heretofore existed between alleged father, John Doe, and the child, J.M.J.

IT IS ORDERED that counsel for the Department submit proposed Findings of Fact, Conclusions of Law, and Order within ten (10) days. The Court's order terminating parental rights will be final upon the signing of said Order.

IT IS ORDERED denying the Petition for Termination of Parent-Child Relationship, filed 12/14/2020 and amended 5/20/2021 in JS20711, as to K.J. K.A.J. and J.A.J. based on the grounds noted by the Court.

Docket Code CONTESTSEVHR          Form JSContestSev          Page 4

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                                5/11/2022
JS20711

THE COURT FINDS that a dependency still exists as to the children.

Discussion is held.

IT IS ORDERED denying Mother's Motion for Change of Physical Custody Pursuant to Rule 59, filed 2/15/2022 in JD36375.

IT IS ORDERED denying Father Abrego Zavaleta's Rule 59 Motion, filed 2/15/2022 in JD36375.

IT IS ORDERED that the Department have a psychologist or some other medical professional evaluate the reunification services that are needed for K.J. K.A.J. and J.A.J. implement those services; hold a Team Decision Meeting (TDM) to discuss those services; and include all of the parties in the TDM. The Court would like this all to happen within 30 days.

Counsel for mother requests to set a hearing in six weeks regarding the Court's order.

The Court advises counsel for mother to file a motion if the timeline is not followed.

Counsel for mother requests that the Department consider using Buwalda Psychological Services, specifically Dr. Elizabeth Capps-Conkle.

Counsel for mother indicates Christina Martinez is leaving Cradle to Crayons (C2C) immediately and nothing has been arranged regarding visits.

The Court notes that it is the Department's responsibility to handle that matter appropriately.

IT IS ORDERED denying Mother's Motion to Compel DCS to Provide Services Consistent with the American Disability Act and Section 504, filed 8/2/2021 in JD36375.

IT IS ORDERED denying Mother's Motion to Increase Visitation to Include K.J. filed 1/13/2022 in JD36375.

IT IS ORDERED that DCS's Motion to Be Relieved of Offering Visitation as to mother regarding K.J. and J.M.J. filed 10/23/2020 in JD36375, is moot based on the Court's findings.

Docket Code CONTESTSEVHR          Form JSContestSev                    Page 5

**ST-JIMENEZ-003924**

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375  
JS20711

5/11/2022

The Court addresses mother and Mr. Abrego Zavaleta.

IT IS ORDERED setting this matter for continued Report and Review Hearing in JD36375

> on 6/10/2022
> at 9:45 AM
> before Honorable David Cunanan
> at the Maricopa County Superior Court
> Old Courthouse, Courtroom 301
> 125 W. Washington St., Phoenix, AZ 85003

3:41 p.m. Court adjourns.

LATER:

With permission of Mr. Alvarez,

IT IS ORDERED permanently disposing of Department's Exhibits 18, 19, and 29.

Upon request of Ms. Gillespie Strub,

IT IS ORDERED permanently releasing Mother's Exhibits 40-52, 54-56, 58, 63, 67, 74, 75, and 76 to Ms. Gillespie Strub.

This Courtroom utilizes an electronic recording system for the Court's record. If a court reporter is needed, a written request must be filed with the Clerk of the Court and a copy provided to the assigned judicial officer at least 72 hours before the commencement of the proceeding.

To order a recording of the hearing(s), please contact the Court's Electronic Recording Services at ERS@jbazmc.maricopa.gov or (602) 506-7100. When placing your request, please provide the case number and hearing date(s), and your name, telephone number, and mailing address.

ST-JIMENEZ-003925

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                              5/11/2022
JS20711

For electronic and in-person exhibit submission, please visit, https://www.clerkofcourt.maricopa.gov/services/exhibits-submission. The webpage will provide instructions and guidance for electronic submission as well as locations for in-person submission of exhibits. Please note that not all divisions are accepting electronic exhibits at this time. For divisions that are accepting electronic exhibits, please note that the Clerk's Office is currently only accepting electronic exhibits for trials and contested evidentiary hearings.

The Court's decision on severance will not be final until Findings of Fact, Conclusions of Law, and Order are signed and entered on the docket. This minute entry is not the Court's formal ruling on the severance issue.

### WARNING

As a parent, it is your responsibility to cooperate with all services offered, and work towards the return of K.J.  K.A.J. and J.A.J. A failure to do so, within a reasonable period of time, may mean losing these children forever through termination of your rights and adoption.

___5/31/22___                                    _____
DATE                                             HONORABLE DAVID O. CUNANAN

ST-JIMENEZ-003926