Clerk of the Superior Court
*** Filed ***
8:00 AM
5/26/2020

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                5/11/2020

HONORABLE DAVID O. CUNANAN           CLERK OF THE COURT
                                      M. Aldaba
                                      Deputy

IN THE MATTER OF:

J.A.J.                               AMANDA ANN STOLEE
F1165585
DOB:    2020

                                     RENEE LYNN COOK

                                     CAROL COGHLAN CARTER

                                     STEPHANIE PRECIADO

                                     DCS - PSRT - DISTRICT 1
                                     DCS SPECIALIST - MARICOPA EAST
                                     REGION

**DEPENDENCY ADJUDICATION HEARING**
**DEPENDENCY FOUND**

Prior to the hearing commencing, Petitioner's Exhibits 1 – 13 are marked for identification.

1:37 p.m. This matter is digitally recorded in Courtroom 301.

This is the time set for Dependency Adjudication Hearing regarding the petition filed 2/19/2020.

LET THE RECORD REFLECT that this matter is being held in conjunction with an accelerated Initial Severance Hearing in JS20467. (A separate minute entry will be issued in JS20467.)

ST-JIMENEZ-003821

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                       5/11/2020

Present **telephonically**: Assistant Attorney General Renee Cook, counsel for the Department of Child Safety; DCS Child Safety Specialist Carin Patchin; Carol C. Carter, counsel for the mother; Stephanie Preciado, counsel for the father; Bianca Jimenez, the mother; Jairo Abrego Zavaleta, the father; and Court Interpreter Abe Estrada, assisting the parents.

The Court has read and considered the Motion to Continue Contested Dependency Hearing previously filed by Ms. Carter on 5/7/2020. The Court has now received a stipulation filed by Ms. Carter.

Ms. Carter informs the Court that they have been trying to address how the AHCCCS services would specialize qualified providers. A supplemental amended stipulation has been prepared by Ms. Carter. This supplemental amended stipulation has not been provided to the Court.

The mother wishes to stipulate to the issue of dependency.

Ms. Carter intends to amend the stipulation by adding an asterisk after the first line in paragraph 2.1 and 2.4 that refers to a clause that states in the event that services with qualified therapeutic providers are not available through parent self-referral via AHCCCS, the parties agree to address the issue with the Court as necessary.

The Department is in agreement with the stipulation as stated.

Ms. Preciado takes no position on the amended stipulation as it does not apply to her client.

Ms. Carter is directed to file the written stipulation with the Court.

Based upon the parties' stipulation today, the Court enters the stipulation

Ms. Carter informs the Court that mother's stipulation to the dependency grounds include grounds of mental health illness.

THE COURT FINDS by a preponderance of the evidence that this Court has exclusive jurisdiction over the subject matter of the petition. Venue is appropriate in Maricopa County. There is a factual basis to support a finding of dependency as set forth in the petition as well as the court report.

Based upon the stipulation,

| Docket Code CDHDEPALL | Form DependencyHrgUni | Page 2 |

**ST-JIMENEZ-003822**

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                          5/11/2020


THE COURT FINDS that the parties stipulate to the facts as contained in paragraph one.

THE COURT FINDS, pursuant to the Rules of Procedure for the Juvenile Court, that the allegations of the petition are true by a preponderance of the evidence and the child, J.A.J. s dependent as to mother, Bianca Jimenez, as defined by the Arizona Revised Statutes.

THE COURT FINDS that the Department of Child Safety has made reasonable efforts to prevent the removal of the child from the home and that continuation in the home would be contrary to the welfare of the child, or that it was reasonable to make no efforts to maintain the child in the home.

IT IS ORDERED making J.A.J. ward of the Court as a dependent child committed to the care, custody and control of the Department of Child Safety.

The Court proceeds to Disposition Hearing at this time with respect to the mother.

The Department requests a case plan of Family Reunification.

IT IS ORDERED approving the case plan.

IT IS ORDERED setting this matter for **Dependency – Uncontested Report & Review** Hearing in conjunction with the **Dependency – Permanency Planning/Age 0-2 Years** set

> on   7/16/2020
> at   9:30 AM
> before Honorable David O. Cunanan
> at the Maricopa County Superior Court
> Old Courthouse, Courtroom 301
> 125 W. Washington, Phoenix AZ 85003

IT IS ORDERED directing the Department to provide services to the family as outlined in the stipulation.

The parties request to accelerate the Initial Severance Hearing set in JS20467 from May 14, 2020 to today.

---

Docket Code CDHDEPALL            Form DependencyHrgUni                       Page 3

ST-JIMENEZ-003823

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375								5/11/2020

The Court proceeds to the severance matter in JS20467. (A separate minute entry will issue is JS20467.

Pursuant to court order in JS20467,

IT IS ORDERED vacating the **Dependency – Uncontested Report & Review** Hearing in conjunction with the **Dependency – Permanency Planning/Age 0-2 Years** set

    on      7/16/2020
    at      9:30 AM
    before  Honorable David O. Cunanan

and resetting same

    on      7/22/2020
    at      11:30 AM
    before  Honorable David O. Cunanan

**Re: father**

The father wishes to enter a no contest plea regarding the allegations in the dependency petition.

Upon further inquiry by the Court, the father denies having taken any drugs, alcohol or medication affecting lucidity within the last twenty-four (24) hours.

The father is advised of his rights in this matter.

The father advises the Court that the contemplated waiver is not the result of any force, threats or promises.

THE COURT FINDS that the father understands his rights and has knowingly, intelligently, and voluntarily chosen to enter a no contest plea regarding the allegations in the dependency petition.

Counsel for the Department requests that the Court take judicial notice of the pending dependency petition as well as the entire case file and the Exhibits provided.

ST-JIMENEZ-003824

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                              5/11/2020

     Counsel for the Department moves for the admission of the court reports dated 4/3/2020 (Exhibit 1) and 2/20/2020 (Exhibit 3).

     The Court advises the Department that he only has the court report dated 2/20/2020 (Exhibit 3) in his possession but will take judicial notice of the court report dated 4/3/2020 as the Court previously reviewed this report.

     Exhibit 3 is admitted into evidence without objection.

     THE COURT FINDS by a preponderance of the evidence that this Court has exclusive jurisdiction over the subject matter of the petition. Venue is appropriate in Maricopa County. There is a factual basis to support a finding of dependency as set forth in the petition as well as the court report.

     The father is unwilling or unable to exercise proper and effective parental care and control.

     THE COURT FINDS, pursuant to the Rules of Procedure for the Juvenile Court, that the allegations of the petition are true by a preponderance of the evidence and the child J.A.J. s dependent as to father, Jairo Abrego Zavaleta as defined by the Arizona Revised Statutes.

     THE COURT FINDS that the Department of Child Safety has made reasonable efforts to prevent the removal of the child from the home and that continuation in the home would be contrary to the welfare of the child, or that it was reasonable to make no efforts to maintain the child in the home.

     IT IS ORDERED making J.A.J. wards of the Court as a dependent child committed to the care, custody and control of the Department of Child Safety.

     The Court proceeds to Disposition Hearing at this time with respect to the father.

     The Department requests a case plan of Family Reunification.

     IT IS ORDERED approving the case plan of Family Reunification.

     IT IS ORDERED directing the Department to continue to provide services to the father.

ST-JIMENEZ-003825

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                                5/11/2020

IT IS ORDERED affirming the **Dependency – Uncontested Report & Review** set

    on    7/22/2020
    at    11:30 AM
    before Honorable David O. Cunanan
    at the Maricopa County Superior Court
    Old Courthouse, Courtroom 301
    125 W. Washington, Phoenix AZ 85003

The father requests a referral to the same counselor as mother.

1:59 p.m. Court adjourns.

IT IS ORDERED permanently releasing to counsel for the Department, Exhibit 2, and Exhibits 4-13.

IT IS ORDERED affirming current legal custody and placement orders.

THE COURT FINDS that there is a need for out-of-home care based upon the information presented, foster care being necessary to protect the child's welfare.

IT IS ORDERED reassigning this matter to the Foster Care Review Board to review this matter at least every six months as long as the child remains in out-of-home care to determine what efforts have been made by the Department of Child Safety to carry out the plan for permanent placement.

The DCS child safety specialist shall provide a report to the Court and the parties at least fifteen (15) days prior to the hearing which shall address:

1. The placement of the child;
2. The services being provided to the child and family;
3. The progress the parties have made in achieving the case plan goals; and
4. Whether the child continues to be dependent.

Any party seeking an evidentiary hearing on any issue shall file a motion requesting that the matter be set for a contested hearing. The motion shall identify the issues to be litigated, the names and addresses of all witnesses and the estimated time the parties will need to present evidence. The Court may reset the matter or proceed with the hearing as scheduled.

ST-JIMENEZ-003826

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                              5/11/2020

This Courtroom utilizes an electronic recording system for the Court's record. If a court reporter is needed, a written request must be filed with the Clerk of the Court and a copy provided to the assigned judicial officer at least 72 hours before the commencement of the proceeding.

To order a copy of the audio record on compact disc (CD), please call Juvenile Court Administration (Durango facility - 602-506-4533/Southeast facility - 602-506-2544). There will be a fee of $30 for each copy of the Superior Court proceedings. All copies will be provided using Court-supplied media.

### WARNING

As a parent, it is your responsibility to cooperate with all services offered, and work toward return of your child. A failure to do so, within a reasonable period of time, may mean losing your child forever through termination of your rights and adoption.

IT IS ORDERED, pursuant to Arizona Revised Statutes, that any and all schools, school districts and personnel thereof shall fully cooperate with juvenile probation officers, DCS child safety specialists, and attorneys or guardian ad litem or Court appointed special advocates representing a child in a dependency or delinquency action by allowing access by them to all educational records of the child, including but not limited to records pertaining to school, attendance, behavior, academic progress, and psychological evaluations, and shall discuss the contents and meaning thereof with them to assist them in the preparation, implementation, and completion of a rehabilitation and treatment plan for the child.

_5/18/2020_
DATE

HONORABLE DAVID O. CUNANAN

ST-JIMENEZ-003827