CSO-1000A (6-18)
PAGE 2 ON REVERSE

**ARIZONA DEPARTMENT OF CHILD SAFETY**
**TEMPORARY CUSTODY NOTICE**

On (Date) 3/7/2019 At (Time) 6:25 ☐ AM ☒ PM, temporary custody of (child's name) **K.A.J.** was taken at (Address) _____ by (Agency) _____

Type of abuse or neglect requiring temporary custody: Select the circumstance(s) that most clearly describe the danger to the child(ren) and reason temporary custody is necessary.

☐ Medical examination is required to diagnose abuse.
☐ The child is unsupervised or alone now or on a daily basis, or has been left with a person who is unwilling or unable to provide adequate care.
☐ The caregiver is unable to perform essential parental responsibilities due to substance use, mental illness, physical impairment, cognitive limitations.
☒ The caregiver is unable or unwilling to perform essential parental responsibilities and there is no other appropriate caretaker immediately available.
☐ The caregiver is out of control and cannot focus or manage his/her behavior in ways to properly perform parental responsibilities.
☐ The caregiver's behavior is violent, bizarre, erratic, unpredictable, incoherent, or totally inappropriate and is a threat to child safety.
☐ The caregiver is brandishing weapons, known to be dangerous and aggressive, or is behaving in attacking or aggressive ways that are a threat to child safety.
☐ The caregiver has not, cannot, or will not protect the child from serious or severe harm, including harm from other persons having access to the child.
☐ Dynamics in the household include a person establishing power, control, or coercion over a caregiver in a way that impairs necessary supervision or care of the child and has caused, or will likely cause, serious or severe harm to the child's physical, mental, or emotional health.
☐ The caregiver has an extremely negative perception of the child, and/or has extremely unrealistic expectations for the child's behavior.
☐ Physical conditions in the home are hazardous and immediately threaten the child's safety.
☐ The caregiver is subjecting the child to brutal or bizarre punishment or there is severe to extreme maltreatment alleged to be occurring.
☐ The child requires immediate medical attention, and the absence of medical treatment could seriously affect the child's health and well-being.
☐ The child is actively endangering self or others and the caregiver cannot or will not control the child's behavior or arrange or provide necessary care.
☐ There is evidence of recent sexual abuse, the perpetrator currently has access to the child, and no protective action is being taken by a caregiver.
☐ The child has injuries such as facial bruises, injuries to the head, multiple plane injuries, injuries to a non-ambulatory child, immersion burns.
☐ The child has serious injuries that the caregivers and others cannot or will not explain, or the explanation is inconsistent with the child's injuries or condition.
☐ The caregiver deliberately harmed the child, or caused or threated to cause serious or severe harm to the child.
☐ The child is profoundly fearful (terrified) of their present home situation, or a particular person living in or having access to the home.
☒ The caregiver previously endangered a child and/or caused harm to a child and circumstances indicate the person will likely cause severe harm to the child.
☐ There is evidence of abuse or neglect and the caregiver cannot produce the child, refuses access to or is likely to flee with the child, or actively avoids DCS.
☐ Criminal activity by the caregiver or criminal activity of other persons living in or having access to the home will likely result in severe harm to the child.

Select how temporary custody was obtained: ☐ Parent or Guardian Consent ☒ Court Authorized ☐ Exigent Circumstances

The Department of Child Safety (DCS) must:

- Return your child within 72 hours (not including weekends and holidays) unless DCS files a legal paper, called a petition, with Juvenile Court. If a petition is filed, your child will be kept in the temporary custody of DCS.

- Return your child within 12 hours if your child was removed for a medical examination, unless abuse is revealed, and

- Inform you of the right to give a verbal, telephonic or written response to the allegations and have the response included in the investigation report. Any documentation you give, what you say or write, will be included in the case record and can be used in court proceedings.

DCS REPRESENTATIVE'S NAME (Please print): Brittany Woolgar
AREA CODE AND PHONE NO.: 602-771-3061
ARIZONA DEPARTMENT OF CHILD SAFETY ADDRESS (No., Street, City, State, ZIP): 3221 North 16th St, Phoenix, AZ 85016
DCS SUPERVISOR'S NAME (Please print): Reinaldo Sheffield
AREA CODE AND PHONE NO.: 602-771-3113

METHOD OF NOTICE: On (date) 3/7/2019, at (time) 6:25 ☐ AM ☒ PM, I served notice to (parent, guardian or custodian) (print name) Bianca Jimenez and Jairo Abrego
Method used: ☒ In-Person ☐ Left at Residence ☐ Verbal ☐ Fax   Date: 3/7/2019   Time: 6:25
Address where mailed/left/given (No., Street, City, State, ZIP): _____
What is the child or child's parents American Indian heritage/ancestry: _____   Has the tribe been notified? ☐ Yes ☐ No ☐ N/A

PARENT, GUARDIAN OR CUSTODIAN'S SIGNATURE
X Bianca Jimenez
DCS REPRESENTATIVE'S SIGNATURE (Or law enforcement officer)
_____   DATE: 3/7/2019

ROUTING: Original – Parent/Guardian/Custodian; 1st Copy – Sent to Assistant Attorney General to file with the Petition; 2nd Copy – Retained in the case record

ST-JIMENEZ-004057