CSO-1000A-S (6-18)
PAGINA 2 EN REVERSA

**ARIZONA DEPARTMENT OF CHILD SAFETY**
**NOTIFICACIÓN DE CUSTODIA TEMPORAL**

El (fecha) 2/13/20, a la(s) (hora) 2:49 ☐ AM ☒ PM   (nombre del menor) **J.A.J.**
Fue llevado bajo custodia temporal a (dirección) 1000 S Himley   por (agencia) DCS

Tipo de abuso o negligencia que require custodia temporal: Seleccione la(s) circunstancia(s) que describen más claramente el peligro para los niños y la razón por la cual fue necesaria la custodia temporal:

☐ Se necesita un examen médico o psicológico para diagnosticar el abuso o abandono.

☐ El niño está sin supervisión o está solo ahora o diariamente, o está con una persona que no quiere o no puede brindarle el cuidado adecuado.

☐ En encargado del cuidado no puede cumplir con las responsabilidades parentales esenciales debido a consumo de sustancias, enfermedad mental, deficiencia física, limitaciones cognitivas.

☐ El encargado del cuidado no quiere o no puede cumplir con las responsabilidades parentales esenciales y no hay otro cuidador inmediatamente disponible.

☐ El encargado del cuidado está fuera de control y no puede concentrarse o manejar su comportamiento para cumplir con las responsabilidades parentales correctamente.

☐ El comportamiento del encargado del cuidado es violento, extraño, errático, impredecible, incoherente o totalmente inapropiado, y es una amenaza para la seguridad del niño.

☐ El encargado del cuidado lleva armas en forma amenazadora y se considera peligroso y agresivo, o tiene comportamientos ofensivos o agresivos que son una amenaza para la seguridad del niño.

☐ El encargado del cuidado no protege, no puede ni quiere proteger al niño de daños graves o severos, lo que incluye daños provenientes de otras personas que tienen acceso al niño.

☐ La dinámica del hogar incluye a una persona que establece poder, control o coerción sobre el encargado del cuidado de manera tal que impide la supervisión o el cuidado necesario del niño y ha causado o probablemente causará daños graves o severos a la salud física, mental o emocional del niño.

☐ El encargado del cuidado tiene una percepción extremadamente negativa del niño o tiene expectativas muy poco realistas con respecto al comportamiento del niño.

☐ Las condiciones físicas del hogar son peligrosas y suponen una amenaza inmediata para la seguridad del niño.

☐ El encargado del cuidado le impone al niño castigos crueles o excesivos, o se alega la existencia de un maltrato de severo a extremo.

☐ El niño requiere atención médica inmediata, y la falta de tratamiento médico puede afectar seriamente la salud y el bienestar del niño.

☐ El niño se pone constantemente en peligro o pone en peligro a los demás, y el encargado del cuidado no puede o no quiere controlar el comportamiento del niño, ni coordinará ni brindará los cuidados necesarios.

☐ Existe evidencia de abuso sexual reciente, el perpetrador tiene actualmente acceso al niño y el encargado del cuidado no toma ninguna medida de protección.

☐ El niño tiene lesiones, como por ejemplo, moretones en la cara, lesiones en la cabeza, lesiones múltiples en el cuerpo, lesiones que impiden caminar, quemaduras por inmersión.

☐ El niño tiene graves lesiones y los encargados del cuidado y otros no pueden o no quieren dar explicaciones, o bien la explicación no concuerda con las lesiones o el estado del niño.

☐ El encargado del cuidado dañó deliberadamente al niño, causó o amenazó con causar daños graves o severos al niño.

☐ El niño tiene mucho miedo (terror) de la situación actual en el hogar o de una persona en particular que vive o tiene acceso al hogar.

☒ El encargado del cuidado anteriormente puso en peligro a un niño o causó daño a un niño y las circunstancias indican que posiblemente le va a causar daños graves al niño.

☐ Existe evidencia de abuso o abandono y el encargado del cuidado no puede localizar al niño, niega el acceso a este o es probable que huya con el niño, o evita activamente al Departamento de Seguridad Infantil (Department of Child Safety, DCS).

☐ La actividad delictiva del encargado del cuidado o de las personas que viven en el hogar, o tienen acceso a este, posiblemente resulte en daños graves para el niño.

Seleccione cómo se obtuvo la custodia provisional:
☐ Consentimiento del padre, madre o tutor   ☒ Autorización del Tribunal   ☐ Circunstancias que requieren acción inmediata

El Departamento de Seguridad del Menor (DCS por sus siglas en inglés) tiene que:
- Devolverle a su hijo en un plazo de 72 horas (no incluye fines de semana ni feriados), a menos que el DCS presente un documento legal, llamado petición, ante el Tribunal de Menores. Si se presenta una petición, su hijo estará bajo la custodia temporal del DCS.
- Devolverle a su hijo en un plazo de 12 horas si lo tiene que examinar un médico o psicólogo, a menos que haya abuso o abandono diagnosticado y
- Informarlo a usted sobre el derecho que tiene a dar una respuesta verbal, telefónica o escrita a las acusaciones, y que esta se incluya en el expediente de investigación. Cualquier documentación que usted presente, lo que diga o escriba, se incluirá en el expediente y se puede utilizar en los procedimientos judiciales.

NOMBRE DEL REPRESENTANTE DE DCS (Por favor imprimir): Carin Patchin   CÓDIGO DE ÁREA Y TELÉFONO: 602 771-3103
DIRECCIÓN DEL DEPARTAMENTO DE SEGURIDAD DEL MENOR (calle y número, ciudad, estado, código postal ZIP): 3221 N 16th St Fl 4 Phx AZ 85016
NOMBRE DEL SUPERVISOR DE DCS (Por favor imprimir): Amanda Davisson   CÓDIGO DE ÁREA Y TELÉFONO: 602 771-3115

MÉTODO DE NOTIFICACIÓN: (fecha) 2/13/20, a la(s) (hora) 12:49 ☐ AM ☒ PM, he notificado al (padre o madre, tutor o custodio) (nombre en letra de molde): Bianca Bercebi

Método utilizado: ☒ En-persona  ☐ Se dejó en el domicilio  ☐ Verbal  ☐ Fax   Fecha: _____ Hora: _____
Domicilio donde fue enviado/dejado/entregado (calle y número, ciudad, estado, C.P.): Bianca Jimenez

¿Cuál es la herencia/el origen indígena estadounidense del niño o de los padres del niño?   ¿Se ha notificado ☐ Si ☒ No ☐ Desconocido a la tribu?

FIRMA DEL PADRE, MADRE, TUTOR O CUSTODIO: Bianca Jimenez
NOMBRE DEL REPRESENTANTE DE DCS (o de miembro de la policía) (Por favor imprimir): [signature]   FECHA: 2/13/20

PROCESO: Original: padre/tutor/guardián; 1.era copia: enviada al fiscal general adjunto para que la presente junto con la petición; 2.da copia: se mantiene en el expediente.

ST-JIMENEZ-004009