Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
11/4/2022 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                                  10/18/2022

                                                                 CLERK OF THE COURT
HONORABLE PAMELA GATES                          E. Berman
                                                                 Deputy

IN THE MATTER OF:

K.J.
F1142060
DOB: ████ 2016                             ERIN STEFFIN BEVINS

K.A.J.
F1151788
DOB: ████ /2019

                                                                 CHEYSSER PEVEY

                                                                 DEEAN GILLESPIE STRUB

                                                                  STEPHANIE PRECIADO

                                                                  JUDGE GATES

EVIDENTIARY HEARING
REPORT AND REVIEW

    1:30 p.m. This matter is digitally recorded in Courtroom 301.

    This is the time set for Evidentiary Hearing regarding mother's change of custody motion filed on 8/05/2022.

    This is also the time set for Report and Review.

ST-JIMENEZ-003951

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                                10/18/2022

Present: Assistant Attorney General Cheysser Pevey; DCS Child Safety Specialist Manuela Guzman; counsel for the children, Deputy Legal Advocate Erin Bevins; counsel for the father, Stephanie Preciado (appearing virtually); father, Jairo Abrego Zavaleta assisted by Court Interpreter Ricardo Parra (appearing virtually); counsel for the mother, Deean Gillespie Strub; mother, Bianca Jimenez; placement (appearing virtually); observers (appearing virtually).

All attendees of the hearing are admonished by the Court from disclosing any personally identifiable information mentioned in the proceedings and that doing so shall be deemed in contempt of court.

Discussion is held.

1:34 p.m. John Foley appears telephonically.

Counsel for the mother, father, and counsel for the Department support mother's proposed change in custody motion.

Counsel for the children object to mother's proposed change in custody motion and requests that the children stay in their current placement.

1:58 p.m. The DCS Child Safety Specialist is excused and exits the courtroom.

Based upon the matters presented and for the reasons stated on the record,

THE COURT FINDS that it is contrary to the children's best interest to move the children to mother's proposed placement at this time.

IT IS ORDERED directing the Department to increase visitation time between the child K.A.J. and father.

IT IS ORDERED directing the Department to hold TDM to discuss a visitation schedule for father and the child K.A.J. which should include in-home visitation that is unsupervised, under a safety plan, and may include overnight visits.

IT IS ORDERED directing the Department to continue to assess if it is appropriate for mother to have visitation with the child K.J.

Placement is directed to put the children's best interest first and assist the Department in the case plan of family reunification.

ST-JIMENEZ-003952

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                              10/18/2022

    IT IS THEREFORE ORDERED denying mother's written change of custody motion without prejudice.

    IT IS ORDERED denying the Department's oral change of physical custody motion regarding the child K.A.J. without prejudice.

    The parties may reurge a change in physical custody motion if the issues discussed today manifest to impede reunification.

    Counsel for the Department having submitted ASFA Findings, and over the objection,

    IT IS ORDERED adopting same and signing the formal, written Order this date.

    Discussion is held.

    Upon the oral motion of counsel for the children,

    IT IS ORDERED directing the Department to follow up on sibling communication and visitation between the children J.M.J. and J.A.J. The Department is to notify the parties of any updates.

    IT IS ORDERED setting this matter for Conference - Status

> on    11/21/2022
> at    1:30-2:00 PM
> before  Honorable Pamela Sue Gates
> at the Maricopa County Superior Court
> Old Courthouse, Courtroom 301
> 125 W. Washington, Phoenix, AZ 85003

    IT IS ORDERED setting this matter for Dependency - Uncontested Report & Review regarding the children K.A.J. and K.J.

> on    1/23/2023
> at    9:15 AM
> before  Honorable Pamela Sue Gates
> at the Maricopa County Superior Court
> Old Courthouse, Courtroom 301
> 125 W. Washington, Phoenix, AZ 85003

ST-JIMENEZ-003953

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                                   10/18/2022

IT IS ORDERED setting this matter for Dependency - Uncontested Report & Review regarding the children J.M.J. and J.A.J.

      on    4/14/2023
      at    9:00 AM
      before Honorable Pamela Sue Gates
      at the Maricopa County Superior Court
      Old Courthouse, Courtroom 301
      125 W. Washington, Phoenix, AZ 85003

This hearing will be conducted through the Court Connect program offered by the Superior Court of Arizona in Maricopa County. This new and innovative program allows Court participants to appear in an online, rather than a physical, courtroom. Hearings are preferably conducted by videoconference, but can also be conducted by phone. Lawyers (and self-representing litigants) are responsible for distributing this notice to anyone who will be appearing on their behalf. All participants must use the web link or the dial in information below to participate.

**Participants:** Please follow the steps below to participate in the proceeding which will be conducted remotely.

1. Click the link listed below (or manually enter the link in the browser of your computer/device).
2. Enter your full name and role in name field.
3. Wait for the facilitator to admit you to the proceeding (note that you may wait to be admitted and the Court may not be able to communicate with you while you wait).

https://tinyurl.com/jbazmc-juj17

**Dial-in Information:** +1 917-781-4590
**Dial-in Access Code:** 447 368 555#

**Private Dial-in Information:** for privacy purposes, you can block your phone number by dialing *67

To ensure an optimal experience, please review the brief Court Connect training prior to the hearing: https://superiorcourt.maricopa.gov/virtual-justice/

Docket Code EVIDHRG               Form JDHearing               Page 4

ST-JIMENEZ-003954

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36375                                                           10/18/2022


     This Courtroom utilizes an electronic recording system for the Court's record. If a court reporter is needed, a written request must be filed with the Clerk of the Court and a copy provided to the assigned judicial officer at least 72 hours before the commencement of the proceeding.

     To order a recording of the hearing, please contact the Court's Electronic Recording Services at ERS@jbazmc.maricopa.gov or (602) 506-7100. When placing your request, please provide the case number, hearing date(s), your name, telephone number, and mailing address.

     For electronic and in-person exhibit submission, please visit, https://www.clerkofcourt.maricopa.gov/services/exhibits-submission. The webpage will provide instructions and guidance for electronic submission as well as locations for in-person submission of exhibits. Please note that not all divisions are accepting electronic exhibits at this time. For divisions that are accepting electronic exhibits, please note that the Clerk's Office is currently only accepting electronic exhibits for trials and contested evidentiary hearings.

     2:40 p.m. Court adjourns.



___11/03/2022___                    _/ s /___HONORABLE PAMELA GATES___
DATE                                HONORABLE PAMELA GATES

ST-JIMENEZ-003955