CSO-1020D (5-18)

**ARIZONA DEPARTMENT OF CHILD SAFETY**
**TEAM DECISION MAKING (TDM) SUMMARY REPORT**
**PRESENT DANGER**



| CHILDS CASE NAME: | | CHILDS CASE ID NO.: |
|---|---|---|
| Bencebi-Jimenez, Bianca | | 599953 |

| DCS SPECIALIST'S NAME: | DCS SUPERVISOR'S NAME: |
|---|---|
| Ricardo Camacho-Gutierrez | Stacey Laborde |

| TDM FACILITATOR'S NAME: | TDM MEETING: |
|---|---|
| Jophina Joe | Date: 9/18/18    Time : 11:00 AM |

| Child(ren) with Safety Concerns | | Mother/Guardian's Name | Father/Guardian's Name |
|---|---|---|---|
| Name | DOB | | |
| K.J. | 2016 | Bianca Bencebi-Jimenez | Johnathan Gonzalez |
| J.M.J. | 2017 | Bianca Bencebi-Jimenez | Jeniel Menchaca Jimenez |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

What efforts have been made to include all parents and/or legal guardians in the meeting?
Bianca is present to her TDM today.
No fathers were invited to this TDM as there is no contact information for them.

What led to the children being removed? *(What is the Present Danger Condition)*
Bianca states she was in a shelter and she's only been here in Arizona for 5 months and coming from Missouri. Bianca states she was having dinner and a person states she was giving food to her daughter and she was told she wasn't feeding the baby J.M.J and Bianca states she was feeding him. Bianca states she was feeding her daughter first and after she was going to feed her son and this is when DCS became involved. Bianca states practically DCS is harming the children because the kids are away from the mother. Bianca states she doesn't want to look at the case manager with no disrespect to him. Bianca states she was at the adoption agency when meeting the case manager. Bianca states her daughter is close to her and her daughter is suffering being away and she knows it. Bianca states she doesn't understand that when the kids were removed the case manager told her that the supervisor checked her [Bianca] history and they were going to remove due to concerns of her past case. Bianca states she has fulfilled the obligations of her past case. Bianca states when a report is made she handles the issue and she has this recorded on her phone and she will be suing the department. Bianca states it's understood that when a repot is made they are supposed to come with the present report not a past report. Bianca states she has already fulfilled her obligations of the past report.

Ricardo with DCS states a report was received. He went to the shelter and mother wasn't there and he was told that mother was asked to leave the shelter because of rude behavior and being aggressive. It's understandable why strangers were trying to feed the child. Mother wasn't able to provide where she was residing last week during a phone call. A meeting was then scheduled for that following Monday. At this time Ricardo states he hadn't laid eyes on the children. Ricardo then learned that mother was at the adoption agency. Mother had informed case manager that the adoption for J.M.J was finalized and in calling the adoption agency it was learned it was false. Bianca felt DCS was going to get involved with her family so she didn't tell DCS where she was living and she stated the house was filthy and dirty. There was a noticed scratch on J.M.J. left cheek and Bianca stated the scratch was from J.M.J. fingernails and he also had an inflated stomach and a flat head in the back. She has trauma from the father of J.M.J and that is why she wants to put a baby for adoption. The baby is a year old and he only weights about a 6 month old. K.J. was in good condition. There are concerns about malnourishment.

**ST-JIMENEZ-004117**

What additional concerns or worries are there?
Bianca is concerned that an old repot is being used against her.
Bianca states DCS hasn't seen the father of J.M.J. He is Mexican and he has a flat head.
Bianca states he has no fingernails so she wouldn't have scratched J.M.J.
Bianca is worried about both of the children being away from her especially K.J. as he is older.
Malnourishment J.M.J.
Risk of K.J. being malnourished.
Phoenix Children's Hospital (PCH) diagnosed J.M.J. as failure to thrive, bruises and scratches on his body, bruise on his thigh, malnourished and underdeveloped, he is significantly small for his head, and his fontinel is flat.
Bianca has a unstable living situation and there are concerns of her being asked to leave the shelter due to aggressive behavior.
There was also concern from a person who Bianca rented a room from before her shelter stay. It's understood that Bianca stayed in her prior roommate's home for 1.5 months. The ex-roommate states Bianca was very scandalous and problematic. The ex-roommate states not seeing J.M.J. for the majority of their stay in that home. Bianca would leave J.M.J. in the room when she would go out with her daughter. Bianca states she doesn't know why DCS would say the house was dirty and that wasn't her home it was her ex-sister in-laws home. Bianca states she didn't want to give the address out due to the ex-sister in-law having 5 kids.
Bianca states she was looking at an adoption plan for J.M.J. due to her feelings toward him. There is no bond.
Bianca has put J.M.J. father's name on a certificate of birth but his name isn't on the birth certificate. Bianca states the father to J.M.J. has not been involved. Bianca was asked why she put the father's name on the certificate of birth (not a birth certificate)? Bianca states she did put his name on that certificate but not the birth certificate. Bianca was asked if she was ever in a relationship with J.M.J. father. Bianca states she was never in a relationship with him and the father is aware of the child and aware of her [Bianca] giving up the child for adoption. Bianca states her last contact with J.M.J. father was about 3 months ago when she informed him about the adoption and he stated for her to go ahead with the adoption.
Anita states Bianca has made arrangements for giving up J.M.J. for adoption so they would like to know if J.M.J. will be given to the adoptive parents. Stacey informs Anita that at this time with DCS involved it's unknown.
DCS is concern that with Bianca's current pregnancy and the unborn child's father being in jail, if she has a boy will she have the same feelings toward that child that she currently has with J.M.J. Bianca states the unborn child's father isn't in jail and she doesn't have a preference of gender for the child and she will accept the child. Bianca states it needs to understood that J.M.J. was not planned and it was forced (rape). Bianca states she didn't ask for this child and she also went to get an abortion as her life was at risk as well.
The father to K.J. is in jail and Bianca states she doesn't want the father to have contact with her daughter because he uses drugs. Bianca states she hasn't spoken to him and she doesn't know anything about him or where he is incarcerated at.
Bianca states she hasn't gotten over what J.M.J. father has done to her. She want to give J.M.J. up for adoption. She states it's not in her to give J.M.J. love and she doesn't want him to suffer and she tried to give him love but she can't and she knows it's not his fault. Bianca states she holds him and caresses him but she can't do it.

What action steps have the parents taken to protect the child(ren)?
Bianca states she's been giving the kids a stable roof. She works day and night on her own in cleaning houses and yesterday she signed a contract with a restaurant. Bianca states she gives the kids a better quality of life that she didn't have. She protects them from everything good and bad. Bianca states when she leaves the kids at day care and she doesn't like it for K.J. because she doesn't trust anyone. Bianca states she is more worried about girl her daughter because when she was young she was raped. Bianca states J.M.J. reminds her of his father who raped her and the dad has the flat head.

Available family resources and supports who may be able to manage child safety today:
Bianca is employed with cleaning houses and yesterday she signed a contract with a restaurant.
Bianca is working with adoption choices of AZ.
Bianca starts she missed her appointment with WIC for J.M.J.
Bianca has AHCCCS insurance
The children have Medicare insurance
Bianca receives food stamps
Bianca is waiting to get back paid from a job.
Both children have immunizations up to date.
Bianca states in the past she received pension money from K.J. father through Western Union. Bianca states this was happening in the past when the child was younger.
K.J. can count to 10.
Bianca states with J.M.J. he is blotted and she has searched for help that she didn't find. Bianca states J.M.J. grandfather has bloated to the stomach as well and she was told the grandfather is lactose intolerant. Bianca states she was declined help here for J.M.J. and he was born with the bloting condition and it hereditary. Bianca states she was given milk from the hospital to try on J.M.J. that isn't found in stores and all she knows is the milk smells funny and stinks.
Mother actively making plans for J.M.J. to be adopted.
Bianca states she has patience.
Bianca is currently receiving prenatal care.

ST-JIMENEZ-004118

What needs to happen to continue to ensure safety pending the completion of the Family Functioning Assessment? *(ideas)*

Bianca stats she has a friend in Mexico.

Bianca is working on putting ▮J.M.J.▮ up for adoption.

Bianca would like therapy. Bianca states she worries about her daughter and she is not eating well and her hunger goes away. Bianca states she is worried about her daughter and she is going to have another princess. Bianca states she taught her daughter to communicate with her and her daughter tells her a lot. Bianca states her daughter knows a lot.

Bianca states ▮K.J.▮ uses a special cream as she gets a body rash. Bianca will provide DCS with a picture of the cream so DCS can let placement know. Bianca states the cream is expensive.

Bianca states she would like the children to be kept separate because her daughter likes to hit ▮J.M.J.▮ Bianca states she doesn't know if this is where the scratch came from on ▮J.M.J.▮ Bianca states when she was pregnant with ▮J.M.J.▮ ▮K.J.▮ would hit her stomach and she would tell her to stop.

Bianca states for the children to move forward in life.

Bianca states when everything is over when she has her children she wants to return to her country, Puerto Rico.

Day care

Bianca states she wasn't DCS to take care of her children mostly her daughter.

Anita states Bianca had singed the power of attorney and temporary custody papers. If Bianca came to her appointment on Wednesday 9/12/18 then ▮J.M.J.▮ would be with an adoptive family right now.

Bianca states she tried calling ▮J.M.J.▮ dad so she didn't have to give the child up for adoption but he don't care for the child. Bianca starts she would have gone to meet him to give him the child but he didn't care.

Bianca is working with Adoption Choices of AZ. Anita states housing services were offered to Bianca and counseling services would have been offered.

Out of home dependency for both children. ▮J.M.J.▮ is currently hospitalized.

DCS needs to verify mother's employment and housing.

Parenting classes

DCS to follow up with the Attorney General (AG) in regards to ▮J.M.J.▮

Supervised visits with a parent aide

A referral has been submitted for supervised visits only (SVO) with a case aide.

Bianca would like ▮J.M.J.▮ belly to continue to be observed because he has a stomach condition that swells up. She states she has read that if his stomach gets big she learned it can bust.

Kindship placement if available.

Psychological evaluation

Recommendations from meeting and the least intrusive plan to assure child safety:

DCS will be filing an out of home dependency for both children as there are concerns about neglect. ▮J.M.J.▮ is currently hospitalized.

Bianca is encouraged to engage in recommended services. DCS will be following up with the AG's regarding ▮J.M.J.▮

Bianca states she understands the plan moving forward.

**Legal Custody** *(Specify for each child)*

| Maintain child in parent/guardian's custody | In-home dependency | Return child to parent/guardian's custody |
|---|---|---|
| Voluntary out-of-home care | In-home intervention | Dependency out-of-home care ▮J.M.J.▮ ▮K.J.▮ |

**Placement** *(Specify for each child):*

▮K.J.▮ will remain in foster care and once ▮J.M.J.▮ is discharged from PCH he will be placed in foster care. At this time ▮J.M.J.▮ is still hospitalized.

ST-JIMENEZ-004119

Current/Last school attended *(Specify for each child)*: If a safety, out-of-home placement or permanency decision results in a change to the child's living arrangement, document the school placement decision (remain in the school of origin or enroll in a new school) using the Best Interests Determination and Transportation Plan CSO 1348A.
N/A

Plan for sibling contact (if applicable) and parenting time *(Specify for each child)*:
Bianca will receive supervised visits with the children by a case aide or parent aide. The first visit is expected to begin by 9/21/18.

Follow up tasks to be completed (within 7-10 days)

| WHO | WHAT | WHEN |
|---|---|---|
| DCS | OOH dependncey petition | 9/18/19 |
| DCS | PPC/PPH court date, time, location given to mother for | 9/24/18 |
| DCS | Follow up with AG | 9/18/18 |
| Bianca | Photo of ointment | 9/19/18 |
| DCS | psychologal consult | 9/21/18 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Back-up plan *(If applicable, is valid until the end date of the Present Danger Plan)*:
N/A

ST-JIMENEZ-004120

**Signatures of Participants (Signature does not imply agreement)**
*Firmas de Participantes (Su firma no significa que acepta un acuerdo)*

| Print Name *Nombre en Letra de Molde* | Signature/*Firma* | Role/*Relacion* | Telephone Number *Numero de Telefonico* |
|---|---|---|---|
| Stacey LaBorde | | DCS Supervisor | (602)771-3202 |
| Ricardo Camacho | | DCS case manager | (602)309-9675 |
| Anita Patten | | Adoption Choices | (602)505-4190 |
| Stephanie Brown | | Adoption Choices | (253-332-3993 |
| Bianca Jimenez | | Mother | ▬▬▬▬▬ |
| Harry Palma | | PCI interpreter for mother | (623)873-6154 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Equal Opportunity Employer/Program • Under Titles VI and VII of the Civil Rights Act of 1964 (Title VI & VII), and the Americans with Disabilities Act of 1990 (ADA), Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, and Title II of the Genetic Information Nondiscrimination Act (GINA) of 2008; the Department prohibits discrimination in admissions, programs, services, activities, or employment based on race, color, religion, sex, national origin, age, disability, genetics and retaliation. The Department must make a reasonable accommodation to allow a person with a disability to take part in a program, service or activity. For example, this means if necessary, the Department must provide sign language interpreters for people who are deaf, a wheelchair accessible location, or enlarged print materials. It also means that the Department will take any other reasonable action that allows you to take part in and understand a program or activity, including making reasonable changes to an activity. If you believe that you will not be able to understand or take part in a program or activity because of your disability, please let us know of your disability needs in advance if at all possible. To request this document in alternative format or for further information about this policy, contact your local office; TTY/TDD Services: 7-1-1. • Free language assistance for Department services is available upon request • Ayuda gratuita con traducciones relacionadas con los servicios del DCS está disponible a solicitud del cliente.

ST-JIMENEZ-004121

1  ORIGINAL of the foregoing filed
2  this _19_ day of September, 2018, with:

3  Clerk of the Court
   Maricopa County Superior Court
4  Juvenile Division/Durango Facility
5  3131 West Durango
   Phoenix, AZ 85009-6292
6

7  Copy of the foregoing hand-delivered
   this _19_ day of September, 2018, to:
8

9  Honorable _____
   Maricopa County Superior Court
10 Juvenile Division/Durango Facility
   3131 West Durango
11 Phoenix, AZ 85009-6292

12 Copies of the foregoing mailed
13 this _19_ day of September, 2018, to:

14 Foster Care Review Board
15 1501 W. Washington, Suite 128
   Phoenix, Arizona 85007
16

17 Ricardo Camacho-Gutierrez
   Child Safety Specialist
18 Site Code: C133-4

19

20

21

22 HD/JIMENEZ/BENCEB1/HDM#4378453

23

24

25

26

27

28

                              19

ST-JIMENEZ-004122