IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, et al., | Case No: 2:23-cv-02075-DWL |
| Plaintiffs, | |
| vs. | **ORDER** |
| State of Arizona, et al., | |
| Defendants. | |

Pending before the Court is Defendant Carin Patchins' Motion for Judgment on the Pleadings (Doc. 44.) Federal Rule of Civil Procedure 12(c) permits the court to grant a motion for judgment on the pleadings when "taking all the allegations in the pleadings as true, the moving party is entitled to judgment as a matter of law." *Owens v. Kaiser Foundation Health Plan, Inc.*, 244 F.3d 708, 713 (9th Cir. 2001).

As with Rule 12(b)(6) motions, a district court considering a Rule 12(c) motion must generally limit its review to the pleadings themselves. *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1555 n.19 (9th Cir. 1990). However, a district court may also consider facts contained in materials of which the court may take judicial notice. *Heliotrope General, Inc. v. Ford Motor Co.*, 189 F.3d 971, 980-81 n.18 (9th Cir. 1999). A district court may take judicial notice of matters of public record, including documents on file in federal or state courts. *Harris v. County of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012). This court takes judicial notice of the filings in *In the Matter of: K.J.*, et al., JD36375, that are attached to Defendant's motion.

1  Therefore,
2  IT IS ORDERED that Defendant Patchins' Motion for Judgment on the Pleadings
3  (Doc. 44) is GRANTED.
4  IT IS FURTHER ORDERED directing the Clerk of Court to enter judgment
5  accordingly and close this case.