Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com


DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bianca Jimenez-Bencebi, *et al.,*<br><br>                          Plaintiffs,<br><br>        v.<br><br>State of Arizona, *et al.,*<br><br>                          Defendants. | Case No.: CV-23-2075-PHX-DWL<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO STATE DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

The parties, by and through their respective undersigned counsel, submit this *Stipulation to Extend Deadline to File Response to State Defendants' Motion for Judgment on the Pleadings* (Doc. 44). Due to scheduling conflicts, including a trial and appellate court briefing in other matters, as well as the number and substance of the issues raised in State Defendants' Motion, Plaintiffs need additional time to prepare their Response. The

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

parties have conferred and agreed to extend the deadline for Plaintiffs to file their Response

to State Defendants' Motion for Judgment on the Pleading to 14 June 2025.

**RESPECTFULLY SUBMITTED** this 15th day of May 2025.

MILLS + WOODS LAW PLLC

By  /s/ Thomas A. Connelly
        Thomas A. Connelly
        Robert T. Mills
        Sean A. Woods
        5055 North 12th Street, Suite 101
        Phoenix, AZ 85014

GILLESPIE, SHIELDS & TAYLOR
        DeeAn Gillespie Strub
        Jenny D. Jansch
        7319 North 16th Street
        Phoenix, AZ 85020

*Attorneys for Plaintiffs*

KRISTIN K. MAYES
ATTORNEY GENERAL

By /s/ Julie M. Rhodes

        Julie M. Rhodes
        Michael R. Niederbaumer
        Assistant Attorney General
        2005 North Central Avenue
        Phoenix, Arizona  85007-2926

*Attorneys for State Defendants*

### CERTIFICATE OF SERVICE

        I hereby certify that on this 15th day of May 2025, I electronically transmitted the

foregoing document to be filed electronically with the Clerk of the Court using the

CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF

system.

    /s/ Thomas A. Connelly

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556