IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Bianca Jimenez-Bencebi, *et al.*, | Case No.: CV-23-2075-PHX-DWL |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| State of Arizona, *et al.*, | (Hon. Dominic W. Lanza) |
| Defendants. | |

This matter coming before the Court on the parties' *Stipulation to Extend Deadline to File Response to State Defendants' Motion for Judgment on the Pleadings,* and good cause appearing therefore,

**IT IS HEREBY ORDERED** extending the deadline for Plaintiffs to file their Response to State Defendants' Motion for Judgment on the Pleadings (Doc. 44) to 14 June 2025.

Dated this _____ day of May 2025.

_____
Honorable Dominic W. Lanza
United States District Judge