1 | Kristin K. Mayes
2 | Attorney General

3 | Julie M. Rhodes (016313)
4 | Michael R. Niederbaumer (031931)
    Assistant Attorneys General
5 | 2005 North Central Avenue
    Phoenix, Arizona 85007-2926
6 | Telephone: (602) 542-7612 – JR
7 | Telephone: (602) 542-8346 – MN
    Fax: (602) 542-3393
8 | DefensePhx@azag.gov
    Julie.Rhodes@azag.gov
9 | Michael.Niederbaumer@azag.gov

*Attorneys for Patchin*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Bianca Jimenez-Bencebi et al., | Case No: 2:23-cv-02075-DWL |
|---|---|
| Plaintiffs, | |
| vs. | **NOTICE OF SERVICE** |
| State of Arizona, et al., | |
| Defendants. | |

**NOTICE IS HEREBY** given that the following documents were served upon the parties on July 18, 2025:

1. State Defendant's Second Supplemental Disclosure Statement.

RESPECTFULLY SUBMITTED this 18th day of July, 2025.

                Kristin K. Mayes
                Attorney General

                */s/Julie M. Rhodes*
                Julie M. Rhodes
                Michael R. Niederbaumer
                Assistant Attorneys General
                *Attorneys for Patchin*