Kristin K. Mayes
Attorney General

Julie M. Rhodes (016313)
Michael R. Niederbaumer (031931)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612 – JR
Telephone: (602) 542-8346 – MN
Fax: (602) 542-3393
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Michael.Niederbaumer@azag.gov

*Attorneys for Patchin*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, an individual; Jiaro Abrego Zavaleta, an individual; L.J, a minor, through his parent and guardian, Bianca Jimenez-Bencebi,<br><br>Plaintiffs,<br><br>vs.<br><br>Carin Patchin, individually and as an employee with the State of Arizona Department of Child Safety,<br><br>Defendant. | Case No: 2:23-cv-02075-DWL<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM ECF NOTIFICATION** |

Defendant Carin Patchin, through undersigned counsel, pursuant to Rule 5.3(a)(2)(D), Ariz. R. Civ. P., gives notice that Assistant Attorney General Julie M. Rhodes withdraws as counsel of record for Defendant Carin Patchin. Assistant Attorney General Michael R. Niederbaumer will remain as counsel of record. Ms. Rhodes also requests to be removed from the electronic filing notification list in this matter. A proposed order to remove Ms. Rhodes from ECF notifications has been filed with this pleading.

RESPECTFULLY SUBMITTED this 19th day of November, 2025.

                Kristin K. Mayes
                Attorney General

                */s/ Julie M. Rhodes*
                Julie M. Rhodes
                Michael R. Niederbaumer
                Assistant Attorneys General
                *Attorneys for Patchin*

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 19th day of November, 2025:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
Jenny D. Jansch
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

*/s/slf*
LMS22-0354 | G202221043-1

2