**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bianca Jimenez-Bencebi, an individual; Jiaro Abrego Zavaleta, an individual; L.J, a minor, through his parent and guardian, Bianca Jimenez-Bencebi,<br><br>Plaintiffs,<br><br>vs.<br><br>Carin Patchin, individually and as an employee with the State of Arizona Department of Child Safety,<br><br>Defendants. | Case No: 2:23-cv-02075-DWL<br><br>**ORDER FOR REMOVAL FROM ECF NOTIFICATION** |

The Court having considered the Notice of Withdrawal of Counsel and Request for Removal from the ECF Notification (Notice) and good cause appearing,

**IT IS HEREBY ORDERED** that Jule M. Rhodes shall be removed from receiving electronic Notice of Filing/CM/ECF notifications in this matter.