Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, *et al* | Case No.: CV-23-2075-PHX-DWL |
| Plaintiffs, | **NOTICE OF SERVICE** |
| v. | (Honorable Dominic W. Lanza) |
| State of Arizona, *et al* | |
| Defendants. | |

Plaintiffs, by and through undersigned counsel, hereby gives notice that on this date, Plaintiffs served on all parties herein, Plaintiffs' Second Supplemental Rule 26(A)(1) Disclosure Statement in the above-captioned matter via electronic mail.

///

///

**RESPECTFULLY SUBMITTED** this 21st day of November 2025.

        **MILLS + WOODS LAW PLLC**

        Thomas A. Connelly
        Robert T. Mills
        Sean A. Woods
        5055 North 12th Street, Suite 101
        Phoenix, AZ 85014

        **GILLESPIE, SHIELDS & TAYLOR**

        By   /s/ Jenny D. Jansch

        DeeAn Gillespie Strub
        Jenny D. Jansch
        7319 North 16th Street
        Phoenix, AZ 85020

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November 2025, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

   /s/ Jenny D. Jansch