Kristin K. Mayes
Attorney General

Michael R. Niederbaumer (031931)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8346 – MN
Fax: (602) 542-3393
DefensePhx@azag.gov
Michael.Niederbaumer@azag.gov

*Attorney for Carin Patchin*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, an individual; Jiaro Abrego Zavaleta, an individual; L.J, a minor, through his parent and guardian, Bianca Jimenez-Bencebi,<br><br>Plaintiffs,<br><br>vs.<br><br>Carin Patchin, individually and as an employee with the State of Arizona Department of Child Safety,<br><br>Defendant. | Case No: 2:23-cv-02075-DWL<br><br>**STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES** |

The parties, by and through their undersigned counsel hereby stipulate to a 30 day extension of the remaining expert discovery deadlines. The parties affirm that this request is made in good faith to ensure full and complete disclosures and is not intended for the purpose of delay.

The parties agree to the following revised schedule:

- Defendant's Expert Witness Disclosures: Extended from December 22, 2025, to **January 21, 2026**.

- **Rebuttal Expert Witness Disclosures:** Extended from January 24, 2026, to **February 23, 2026**.
- Expert Depositions: Extended from March 31, 2026, to **April 30, 2026**.

All other provisions of the Court's Scheduling Order (Doc. 39) remain in effect.

    RESPECTFULLY SUBMITTED this 19 day of December, 2025.

**Kristin K. Mayes**
**Attorney General**

*s/ Michael R. Niederbaumer*
Michael R. Niederbaumer
Assistant Attorneys General
*Attorney for Carin Patchin*

**MILLS + WOODS LAW PLLC**
*s/ Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
*Attorneys for Plaintiffs*

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 19 day of December, 2025:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
Jenny D. Jansch
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

*/s/ TN*