Kristin K. Mayes
Attorney General

Michael R. Niederbaumer (031931)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8346 – MN
Fax: (602) 542-3393
DefensePhx@azag.gov
Michael.Niederbaumer@azag.gov

*Attorney for Carin Patchin*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, an individual; Jiaro Abrego Zavaleta, an individual; L.J, a minor, through his parent and guardian, Bianca Jimenez-Bencebi,<br><br>Plaintiffs,<br><br>vs.<br><br>Carin Patchin, individually and as an employee with the State of Arizona Department of Child Safety,<br><br>Defendant. | Case No: 2:23-cv-02075-DWL<br><br>**UNOPPOSED MOTION TO EXTEND EXPERT DISCOVERY DEADLINES** |

Defendant Carin Patchin, by and through her undersigned counsel, respectfully moves for a 30-day extension of the remaining expert discovery deadlines. Plaintiffs are not opposed to this motion. The reasons for this request are as follows:

1. The current extension coincided with two federal holidays, during which our expert, Karin Kline, took the opportunity to spend time with her elderly father;

2. The sheer volume of records, combined with the high number of allegations, has significantly delayed the review process;

3.  Ms. Kline's primary job lost its grant funding, and the closure process is taking longer than expected.

The parties agree to the following revised schedule:

- Defendant's Expert Witness Disclosures: Extended from January 21, 2026, to **February 20, 2026**.
- Rebuttal Expert Witness Disclosures**:** Extended from February 23, 2026, to **March 25, 2026.**
- Expert Depositions: Extended from April 30, 2026, to **May 30, 2026**.

This request is made in good faith to ensure full and complete disclosures and is not intended for the purpose of delay. All other provisions of the Court's Scheduling Order (Doc. 39) remain in effect.

RESPECTFULLY SUBMITTED this 20 day of January, 2026.

**Kristin K. Mayes**
**Attorney General**

*s/ Michael R. Niederbaumer*
Michael R. Niederbaumer
Assistant Attorneys General
*Attorney for Carin Patchin*

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this XX day of January, 2026:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
Jenny D. Jansch
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

*/s/ TN*