Kristin K. Mayes
Attorney General

Michael R. Niederbaumer (031931)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8346
Fax: (602) 542-3393
DefensePhx@azag.gov
Michael.Niederbaumer@azag.gov

*Attorney for Carin Patchin*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, an individual; Jiaro Abrego Zavaleta, an individual; L.J, a minor, through his parent and guardian, Bianca Jimenez-Bencebi,<br><br>Plaintiffs,<br><br>vs.<br><br>Carin Patchin, individually and as an employee with the State of Arizona Department of Child Safety,<br><br>Defendant. | Case No: 2:23-cv-02075-DWL<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE AND DEPOSITION DEADLINES** |

The Court, having reviewed defendant's Unopposed Motion to Extend Expert Deadlines, and finding good cause therein, **HEREBY ORDERS** that the Scheduling Order (Doc. 39) is amended as follows:

- **Defendant's Expert Witness Disclosures:** Extended from January 21, 2026, to **February 20, 2026**.
- **Rebuttal Expert Witness Disclosures:** Extended from February 23, 2026, to **March 25, 2026**.

- **Expert Deposition Completion:** Extended from April 30, 2026, to **May 30, 2026**.

All other dates and deadlines set forth in the Court's prior Scheduling Order (Doc. 39) remain in effect.

Dated this _____ day of _____, 2026.

_____
Dominic W. Lanza
United States District Judge

2