Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, *et al* | Case No.: CV-23-2075-PHX-DWL |
| Plaintiffs, | **STIPULATION TO EXTEND DEADLINES** |
| v. | (Honorable Dominic W. Lanza) |
| State of Arizona, *et al* | |
| Defendants. | |

The parties, by and through their respective undersigned counsel, hereby submit this Stipulation to Extend Rule 16(b) Scheduling Order (Doc. 39) Deadlines. The parties affirm that this request is made in good faith, as discussed below, and not for the purpose of delay.

On 12 February 2025 the Parties filed a Stipulation for Protective order (Doc. 37) and the Protective Order was entered on 18 February 2025 (Doc. 40). On 12 February 2025, the Parties filed a Stipulation to Extend Expert Discovery Deadlines (Doc. 53) which

was granted by the Court that same day (Doc. 54). 20 January 2026 State Defendants filed their Unopposed Motion to Extend Expert Deadlines (Doc. 55) which was granted by Order on 21 January 2026 (Doc. 55). Due to the extension of expert deadlines the parties agree that additional deadlines should also be extended to allow any additional discovery that will be needed.

For the foregoing reasons, the parties through their respective counsel assert that good cause exists to extend the current scheduling order deadlines as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for completing written discovery | February 14, 2026 (45 days before fact discover deadline) | **July 17, 2026** |
| Deadline for Plaintiff to serve expert disclosures | **January 21, 2026** | **Unchanged** |
| Deadline for Defendants to serve expert disclosures | **February 20, 2026** | **Unchanged** |
| Deadline for Plaintiff to serve rebuttal expert disclosures | **March 25, 2026** | **Unchanged** |
| Deadline to complete fact and expert witness depositions and serve final disclosures | May 30, 2026 | **September 4, 2026** |
| Deadline to engage in good faith settlement talks | April 30, 2026 | **July 31, 2026** |
| Motions Challenging Expert Testimony due 28 days after the close of expert discovery | June 27, 2026 | **October 2, 2026** |
| Dispositive motions | July 17, 2026 | **November 16, 2026** |

A proposed form of order is attached.

///

2

**RESPECTFULLY SUBMITTED** this 10th day of February 2026.

**MILLS + WOODS LAW PLLC**

    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**

By */s/ Jenny D. Jansch*
    DeeAn Gillespie Strub
    Jenny D. Jansch
    7319 North 16th Street
    Phoenix, AZ 85020

*Attorneys for Plaintiffs*

**Kristin K. Mayes**
**Attorney General**

By */s/ Michael R. Niederbaumer*
    Michael R. Niederbaumer
    Assistant Attorneys General
    *Attorney for Carin Patchin*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February 2026, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

  */s/ Jenny D. Jansch*

3