1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bianca Jimenez-Bencebi, *et al*<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, *et al*<br><br>Defendants. | Case No.: CV-23-2075-PHX-DWL<br><br>**ORDER**<br><br>(Honorable Dominic W. Lanza) |

The Court having reviewed the parties' Stipulation to Extend Rule 16 Scheduling Order Deadlines (Doc. ___), and good cause appearing;

IT IS ORDERED that, pursuant to the parties' stipulation, the deadlines set forth in the February 14, 2025, Order (Doc. 39) and January 21, 2026, Order (Doc. 55) are amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for completing written discovery | February 14, 2026 (45 days before fact discover deadline) | **July 17, 2026** |
| Deadline for Plaintiff to serve expert disclosures | **January 21, 2026** | **Unchanged** |
| Deadline for Defendants to serve expert disclosures | **February 20, 2026** | **Unchanged** |
| Deadline for Plaintiff to serve rebuttal expert disclosures | **March 25, 2026** | **Unchanged** |

| Deadline to complete fact and expert witness depositions and serve final disclosures | May 30, 2026 | **September 4, 2026** |
|---|---|---|
| Deadline to engage in good faith settlement talks | April 30, 2026 | **July 31, 2026** |
| Motions Challenging Expert Testimony due 28 days after the close of expert discovery | June 27, 2026 | **October 2, 2026** |
| Dispositive motions | July 17, 2026 | **November 16, 2026** |

All other provisions of the Court's February 14, 2025 and January 21, 2026, Scheduling Orders (Doc. 39 and 55) remain in effect.

DATED this ___ day of _____, 2026

_____
Dominic W. Lanza
United States District Judge