Kristin K. Mayes
Attorney General

Michael R. Niederbaumer (031931)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8346
Fax: (602) 542-3393
DefensePhx@azag.gov
Michael.Niederbaumer@azag.gov

*Attorney for State Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, et al., | Case No: 2:23-cv-02075-DWL |
| Plaintiffs, | |
| vs. | **NOTICE OF SERVICE** |
| State of Arizona, et al., | |
| Defendants. | |

**NOTICE IS HEREBY** given that the following documents were served upon the parties on February 20, 2026:

    1.    State Defendants' Third Supplemental Disclosure Statement.

RESPECTFULLY SUBMITTED this 23rd day of February, 2026.

    Kristin K. Mayes
    Attorney General

    */s/Michael R. Niederbaumer*
    Michael R. Niederbaumer
    Assistant Attorneys General
    *Attorney for State Defendants*