Kristin K. Mayes
Attorney General

Michael R. Niederbaumer (031931)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8346 – MN
Fax: (602) 542-3393
DefensePhx@azag.gov
Michael.Niederbaumer@azag.gov

Claudia Acosta Collings (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona  85701-1315
(520) 638-2815 • Fax (520) 628-6050
Claudia.Collings@azag.gov

*Attorneys for State Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, et al.,<br><br>Defendants. | Case No: 2:23-cv-02075-DWL<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Notice is hereby given that Assistant Attorney General Claudia Acosta Collings is appearing as co-counsel of record for the State Defendants in this matter.

Please include the following address in all future correspondence and pleadings:

Claudia Acosta Collings
Assistant Attorneys General
Office of the Attorney General
416 W Congress, 2nd Floor
Tucson, AZ  85701-1315
(520) 638-2815

Fax (520) 628-6050
Claudia.Collings@azag.gov

Assistant Attorney General Michael R. Niederbaumer remains as counsel of record for the State Defendants.

RESPECTFULLY SUBMITTED this 23rd day of March, 2026.

**Kristin K. Mayes**
**Attorney General**

*/s/Claudia Acosta Collings*
Michael R. Niederbaumer
Claudia Acosta Collings
Assistant Attorneys General
*Attorneys for State Defendants*

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 23rd day of March, 2026:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
Jenny D. Jansch
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

*/s/slf*
LMS22-0354 | G202221043-1