Thomas A. Connelly (AZ Bar #109430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ #024431)
**GILLESPIE, SHIELDS, & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATE DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, *et al.*, | Case No.: CV-23-2075-PHX-DWL |
| Plaintiffs, | |
| vs. | **NOTICE OF SERVICE OF DISCOVERY** |
| State of Arizona, *et al.*, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiffs Bianca Jimenez-Bencebi and minors K.J., K.A.J., and J.A.J., by and through undersigned counsel, served to Defendants on the 25th day of March, 2026, the following:

- Plaintiff's Third Supplemental Disclosure Statement.

**RESPECTFULLY SUBMITTED** this 31st day of March, 2026.

MILLS + WODDS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

MILLS + WODDS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

**GILLESPIE, SHIELDS, & TAYLOR**

By  /s/ *DeeAn Gillespie Strub*
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

**MILLS + WOODS LAW PLLC**

By  /s/ *Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on 31st day of March, 2026, the foregoing Notice of Service of Discovery was e-filed and served upon parties' counsel of record via the Court's CM/ECF system and  electronically transmitted the foregoing documents to all Defendants by email through their counsel as noted below.

Julie M. Rhodes
Michael R. Niederbaumer
2005 N. Central Avenue
Phoenix, Arizona 85004
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Michael.Niederbaumer@azag.gov
*Attorneys for State Defendants*

   /s/  Alexander Strub