Kristin K. Mayes
Attorney General

Michael R. Niederbaumer (031931)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8346
Fax: (602) 542-3393
DefensePhx@azag.gov
Michael.Niederbaumer@azag.gov

Claudia Acosta Collings (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona  85701-1315
(520) 638-2815 • Fax (520) 628-6050
Claudia.Collings@azag.gov

*Attorney for State Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, et al., | Case No: 2:23-cv-02075-DWL |
| Plaintiffs, | |
| vs. | **NOTICE OF SERVICE** |
| State of Arizona, et al., | |
| Defendants. | |

**NOTICE IS HEREBY** given that the following documents were served upon the parties on April 28, 2026:

    1.    State Defendants' Seventh Supplemental Disclosure Statement; and

    2.    State Defendants' Second Supplemental Responses to Plaintiffs' Request for Production (1st Set).

///

///

RESPECTFULLY SUBMITTED this 28th day of April, 2026.

Kristin K. Mayes
Attorney General

*/s/Claudia Acosta Collings*
Michael R. Niederbaumer
Claudia Acosta Collings
Assistant Attorneys General
*Attorneys for State Defendants*

2