Thomas A. Connelly (AZ Bar #109430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS, & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATE DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bianca Jimenez-Bencebi, *et al*., | Case No.:  CV-23-02075-PHX-DWL |
| Plaintiffs, | **NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| State of Arizona, *et al al.*, Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiffs, by and through undersigned counsel, served on Defendants this 16th day of July 2026, the following:

1. Plaintiffs' Response to State Defendants First Set of Requests for Admissions to Plaintiff.

**RESPECTFULLY SUBMITTED** this 22nd day of July 2026.

**GILLESPIE, SHIELDS, & TAYLOR**

By /s/ *DeeAn Gillespie Strub*

DeeAn Gillespie Strub
7319 North 16th Street
Phoenix, AZ 85020


**MILLS + WOODS LAW PLLC**

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

*Attorneys for Plaintiffs*

MILLS + WODDS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

MILLS + WODDS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on 22nd day of July 2026 the forgoing Notice of Service of Discovery was efiled and served upon parties' counsel of record via the Court's CM/ECF system and electronically transmitted the foregoing documents to all Defendants by email through their counsel as noted below.

Michael R. Niederbaumer
Assistant Attorney General
2005 N. Central Ave.
Phoenix, AZ 85007-2926
DefensePhx@azag.gov
Michael.Neiderbaumer@azag.org

Claudia Acosta Collings
Assistant Attorney General
416 W. Congress, 2nd Floor
Tucson, AZ 85701-1315
Claudia.Collings@azag.org

    /s/Michelle Feltes