Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Bianca Jimenez-Bencebi, *et al.*,

Plaintiffs,

v.

State of Arizona, *et al.*,

Defendants.

Case No.: CV-23-02075-DWL

**STIPULATION TO EXTEND DEADLINES**

(Hon. Dominic W. Lanza)

The parties, by and through their respective undersigned counsel, hereby submit this Stipulation to Extend Rule 16(b) Scheduling Order (Docs. 39, 54, 56, 58) Deadlines. The parties affirm that this request is made in good faith, as discussed below, and not for the purpose of delay.

This is the third request of the parties to extend non-expert fact discovery deadlines. On 12 February 2025, the Parties filed a Stipulation to Extend Expert Discovery Deadlines

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

(Doc. 53) which was granted by the Court that same day (Doc. 54). On 20 January 2026, State Defendants filed their Unopposed Motion to Extend Expert Deadlines (Doc. 55) which was granted by Order on 21 January 2026 (Doc. 56). Due to the extension of expert deadlines, the parties moved to extend non-expert fact discovery deadlines on 10 February 2026 (Doc. 57), which the Court granted on 13 February 2026 (Doc. 58).

Recently, the parties each had personnel changes, including front-line attorneys responsible for discovery in this matter, that has adversely impacted their ability to conduct fact discovery, particularly taking the few depositions necessary. Additionally, some of the State Defendants now live outside Arizona, thus presenting scheduling issues.

The parties have also engaged in a meet-and-confer process to streamline the parties and issues in this matter. The parties anticipate soon filing an agreed motion to voluntarily dismiss one or more State Defendant.

For the foregoing reasons, the parties through their respective counsel assert that good cause exists to extend the current scheduling order deadlines as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for completing written discovery | July 17, 2026 | **October 19, 2026** |
| Deadline to complete fact and expert witness depositions and serve final disclosures | September 4, 2026 | **December 7, 2026** |
| Deadline to engage in good faith settlement talks | July 31, 2026 | **October 30, 2026** |
| Motions Challenging Expert Testimony due 28 days after the close of expert discovery | October 2, 2026 | **January 4, 2027** |
| Dispositive motions | November 16, 2026 | **February 19, 2027** |

A proposed form of order is attached.

**RESPECTFULLY SUBMITTED** this 19th day of August 2026.

**MILLS + WOODS LAW PLLC**

By *____/s/ Thomas A. Connelly____*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**

DeeAn Gillespie Strub
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

**Kristin K. Mayes**
**Attorney General**

*____/s/ Claudia Collings____*
Michael R. Niederbaumer
Claudia Collings
Assistant Attorneys General
*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August 2026, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

*__/s/ Thomas A. Connelly____*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556