**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Bianca Jimenez-Bencebi, *et al.*,

Plaintiffs,

v.

State of Arizona, *et al.*,

Defendants.

Case No.: CV-23-02075-DWL

**ORDER**

(Hon. Dominic W. Lanza)

The Court having reviewed the parties' Stipulation to Extend Deadlines (Doc. ___), and good cause appearing;

IT IS ORDERED that the motion is granted. The remaining deadlines are extended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for completing written discovery | July 17, 2026 | **October 19, 2026** |
| Deadline to complete fact and expert witness depositions and serve final disclosures | September 4, 2026 | **December 7, 2026** |
| Deadline to engage in good faith settlement talks | July 31, 2026 | **October 30, 2026** |
| Motions Challenging Expert Testimony due 28 days after the close of expert discovery | October 2, 2026 | **January 4, 2027** |

All other provisions of the Court's February 14, 2025, December 19, 2025, January 21, 2026, and February 13, 2026, Scheduling Orders (Docs. 39, 54, 56, 58) remain in effect.

DATED this ____________ day of ____________________________ 2026

______________________________
Dominic W. Lanza
United States District Judge, Arizona