Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Bianca Jimenez-Bencebi, *et al.*,<br>Plaintiffs,<br>v.<br>State of Arizona, *et al.*,<br>Defendants. | Case No.: 2:23-cv-02075-PHX-DWL<br>**STIPULATION OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS ONLY**<br>(Hon. Dominic W. Lanza) |

The Parties, by and through their counsel undersigned, and pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., hereby stipulate to the voluntary dismissal with prejudice of all remaining claims against State Defendant Gregory McKay only. The parties shall incur their own attorneys' fees and costs incurred regarding those claims.

///

///

///

///

**DATED** this 19th day of August 2026.

**MILLS + WOODS LAW PLLC**

By *    /s/ Thomas A. Connelly    *
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

By *    /s/ Claudia Collings    *
Michael Niederbaumer
Claudia Collings
2005 N. Central Avenue
Phoenix, Arizona 85004
*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record

*/s/ Thomas A. Connelly*



MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556