**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Bianca Jimenez-Bencebi, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-02075-PHX-DWL<br><br>**ORDER**<br><br>(Hon. Dominic W. Lanza) |

This matter comes before the Court on the parties' Stipulation of Voluntary Dismissal of Certain Claims only, and good cause appearing therefore,

**IT IS HEREBY ORDERED** granting the stipulation and dismissing with prejudice all remaining claims against Defendant Gregory McKay only, the parties to incur their own attorneys' fees and costs.

**DATED** this ____________________ day of August 2026.

________________________
Honorable Dominic W. Lanza
United States District Court