Kristin K. Mayes
Attorney General

Michael R. Niederbaumer (031931)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4860
Fax: (602) 542-3393
DefensePhx@azag.gov
Michael.Niederbaumer@azag.gov

Claudia Acosta Collings (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona 85701-1315
Telephone: (520) 638-2815
Fax: (520) 628-6050
Claudia.Collings@azag.gov

*Attorneys for State Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bianca Jimenez-Bencebi, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, et al.,<br><br>Defendants. | Case No: 2:23-cv-02075-DWL<br><br>**STIPULATED MOTION TO EXTEND TIME FOR DEFENDNTS TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS** |

Plaintiffs and State Defendants, through undersigned counsel, have stipulated and agree to extend the deadline for State Defendants to respond to Plaintiffs' Second Set of Non-Uniform Interrogatories, Requests for Production and Request for Admissions by thirty (30) days up to, and including, October 28, 2026.

The parties request the extension to allow State Defendants' counsel time to review the file and meet with the Defendants.

This request is made in good faith to ensure full and complete disclosures and is not intended for the purpose of delay. All other provisions of the Court's Scheduling Order (Docs. 39, 54, 56, 58, 70) remain in effect.

RESPECTFULLY SUBMITTED this 22nd day of September, 2026.

**Kristin K. Mayes**
**Attorney General**

*/s/ Michael R. Niederbaumer*
Michael R. Niederbaumer
Claudia Acosta Collings
Assistant Attorneys General
*Attorney for State Defendants*

**MILLS + WOODS LAW PLLC**

*/s/Thomas A. Connelly* (with permission)
Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
*Attorneys for Plaintiffs*

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 22nd day of September, 2026:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
Jenny D. Jansch
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

*/s/slf*