**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bianca Jimenez-Bencebi, et al.,<br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, et al.,<br>Defendants. | Case No: 2:23-cv-02075-DWL<br><br>**ORDER** |

The Court, having considered Plaintiffs' and Defendants' ("the Parties") Stipulated Motion for Extension of Time for Defendants to Respond to Plaintiffs' Second Set of Non-Uniform Interrogatories, Requests for Production and Request for Admissions, and good cause appearing,

**IT IS HEREBY ORDERED** that the parties' stipulated Motion is granted.

**IT IS HEREBY FURTHER ORDERED** that the Defendants have up to, and including, October 28, 2026, to answer or otherwise repond to the Plaintiff's Second Set of Non-Uniform Interrogatories, Requests for Production and Request for Admissions.