Kristin K. Mayes
Attorney General

Michael R. Niederbaumer (031931)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4860
Fax: (602) 542-3393
DefensePhx@azag.gov
Michael.Niederbaumer@azag.gov

Claudia Acosta Collings (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona 85701-1315
(520) 638-2815 • Fax (520) 628-6050
Claudia.Collings@azag.gov

*Attorney for State Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bianca Jimenez-Bencebi, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, et al.,<br><br>Defendants. | Case No: 2:23-cv-02075-DWL<br><br>**NOTICE OF SERVICE** |

**NOTICE IS HEREBY** given that the following documents were served upon the parties:

1. State Defendants' Response to Plaintiffs' Request for Admissions (1st Set) on October 28, 2026;
2. State Defendants' Response to Plaintiffs' Non-Uniform Interrogatories (2nd Set) on October 29, 2026.

/ / /

RESPECTFULLY SUBMITTED this 29th day of October, 2026.

Kristin K. Mayes
Attorney General

*/s/ Michael R. Niederbaumer*
Michael R. Niederbaumer
Claudia Acosta Collings
Assistant Attorneys General
*Attorneys for State Defendants*