Thomas A. Connelly (AZ Bar #109430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS, & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

**UNITED STATE DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bianca Jimenez-Bencebi, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, *et al.*,<br>Defendants. | Case No.: CV-23-2075-PHX-DWL<br><br>**STIPULATED MOTION TO EXTEND CERTAIN DISCOVERY DEADLINES** |

The parties, by and through their respective undersigned counsel, hereby submit this Stipulation to Extend Rule 16(b) Scheduling Order (Docs. 39, 54, 56, 58, 70) Deadlines. The parties affirm that this request is made in good faith, as discussed below, and not for the purpose of delay.

This is the fourth request of the parties to extend non-expert fact discovery deadlines. On 12 February 2025, the Parties filed a Stipulation to Extend Expert Discovery Deadlines (Doc. 53) which was granted by the Court that same day (Doc. 54). On 20

January 2026, State Defendants filed their Unopposed Motion to Extend Expert Deadlines (Doc. 55) which was granted by Order on 21 January 2026 (Doc. 56). Due to the extension of expert deadlines, the parties moved to extend non-expert fact discovery deadlines on 10 February 2026 (Doc. 57), which the Court granted on 13 February 2026 (Doc. 58). On 19 August 2026, the Parties moved to extend fact discovery deadlines due to counsels' personnel changes (Doc. 68) which the Court granted on 20 August 2026 (Doc. 70).

Recently, the parties have worked cooperatively to schedule depositions in this case, which endeavor has been complicated because the State Defendants to be deposed live out of state and/or are no longer employed at DCS thus making it difficult to find dates that accommodate everyone's schedules. Additionally, defense counsel had trial and vacation conflicts. One of the three depositions Plaintiffs seek is scheduled for 1 December 2026 and expected to proceed that day. However, the other two depositions cannot be taken before the current 7 December deadline due to the foregoing mentioned reasons.

For the foregoing reasons, the parties through their respective counsel assert that good cause exists to extend the current scheduling order deadlines as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline to complete fact and expert witness depositions and serve final disclosures | December 7, 2026 | **February 5, 2027** |
| Deadline to engage in good faith settlement talks | October 30, 2026 | **December 30, 2026** |
| Motions Challenging Expert Testimony due 28 days after the close of expert discovery | January 4, 2027 | **March 5, 2027** |
| Dispositive motions | February 19, 2027 | **April 30, 2027** |

A proposed form of order is attached.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

**RESPECTFULLY SUBMITTED** this 19th day of November 2026.

**MILLS + WOODS LAW PLLC**

By */s/ Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

**GILLESPIE, SHIELDS, & TAYLOR**

DeeAn Gillespie Strub
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

**Kristin K. Mayes**
**Attorney General**

*/s/ Michael R. Niederbaumer*
Michael R. Niederbaumer
Claudia Collings
Assistant Attorneys General
*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19h day of November 2026, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

*/s/ Thomas A. Connelly*