**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Bianca Jimenez-Bencebi, *et al.,*

Plaintiffs,

v.

State of Arizona, *et al.,*

Defendants.

Case No.: CV-23-2075-PHX-DWL

**ORDER**

(Hon. Dominic W. Lanza)

The Court having reviewed the parties' Stipulated Motion to Extend Certain Discovery Deadlines (Doc. ___), and good cause appearing;

IT IS ORDERED that the motion is granted. The remaining deadlines are extended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline to complete fact and expert witness depositions and serve final disclosures | December 7, 2026 | **February 5, 2027** |
| Deadline to engage in good faith settlement talks | October 30, 2026 | **December 30, 2026** |
| Motions Challenging Expert Testimony due 28 days after the close of expert discovery | January 4, 2027 | **March 5, 2027** |
| Dispositive motions | February 19, 2027 | **April 30, 2027** |

All other provisions of the Court's February 14, 2025, December 19, 2025, January 21, 2026, February 13, 2026, and August 20, 2026 Scheduling Orders (Docs. 39, 54, 56, 58, 70) remain in effect.

DATED this ____________ day of _____________________________ 2026.

_____________________________
Dominic W. Lanza
United States District Judge, Arizona